## DECLARATION OF REBEKAH STEWART

COMES NOW, Rebekah Stewart and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Rebekah Stewart, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am a member of the ARC of Iowa.

3. E.M.S. is 10 years old and entering 4th grade and has Williams Syndrome, which is a genetic condition that results in slow growth, heart problems, gastrointestinal issues, and learning disabilities. If she needs anesthesia due to a medical issue, she would be at increased danger of going into cardiac arrest.

4. Because my child has heart problems, she meets the CDC guidelines for children who are at risk for severe complications if infected with COVID-19.

5. I also have two other children who are not disabled and do not have health conditions that make the child at risk of serious illness from COVID-19—E.M.S., who is 7 years old and in 1st grade, and L.J.S., who is 2 and a half years old.

6. Because my children are under the age of 12, my children are not eligible to receive any of the currently authorized Covid-19 vaccines.

7. My children attend school at the Linn Mar School District. We live in Linn County, Iowa.

8. The Linn-Mar School District for the upcoming school year is offering a 100% remote learning option for K-12 students through a third-party vendor, called Edmentum. For K-5 students, Edmentum uses pre-recorded videos as opposed to live teacher instruction and requires a student to be able to self-pace and relies heavily on parental guidance. The

remote learning option does not provide the necessary supports, services, and accommodations for my disabled child, including direct instruction and socialization with peers.

9. E.M.S. used the 100% online learning option last year; that program had live instruction. She was unable to keep focused, struggled with lack of socialization with peers, and had an increase in behavior problems. My child remained at baseline and did not make gains in her learning. In-person instruction provides the best mode of instruction for my child's needs.

10. Last year the Linn Mar School District had a mask mandate until the mask mandate ban went into effect. Once the ban went into effect, most teachers wore masks, but most students did not wear masks.

11. For this school year, we have made the difficult decision to send E.M.S. back to in-person school. Online learning this year poses a hardship for the family. My husband and I work hybrid where we are required to work in-person at times and sometimes remotely. The district's remote option this year does not include live teacher instruction and requires my daughter to be able to self-pace, which will be a challenge for her, and would require us to assist her more with her learning, which will be a challenge for us due to our work situations because we cannot work from home full-time.

12. I believe that if everyone was wearing a mask and the school was following the guidance and recommendations from the CDC, my children would be safe in school.

13. As a result of Iowa's law, my child is having to take unnecessary risks to her health in order to get an education.

14. I am seeking to have HF847 blocked so that my school will be able to require universal masking as necessary to meet its obligations to my child.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dates this 2 day of September 2021, at Cedar Rapids, Iowa.

_____
Rebekah Stewart, Plaintiff