# United States District Court for the Southern District of Iowa

Presiding: Honorable Robert W. Pratt

Case No. 4:21-cv-00264 : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| The Arc of Iowa et al. | Kim Reynolds et al. |

Plaintiff(s) Counsel: Thomas J. Duff, John A. Freedman, Catherine E. Johnson, Cynthia A. Miller, Leah D. Patton

Defendant(s) Counsel: Kristy M. Latta, Samuel P. Langholz

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Motion for Temporary Restraining Order [3] | Reserved |

Proceedings:

10:00 a.m. Court in session.  Plaintiffs present argument regarding [3] Motion for Temporary Restraining Order. 10:02 a.m. Plaintiffs offer Exhibit Declarations; admitted.  10:34 a.m. Defendants Reynolds and Lebo present argument on the Motion.  11:09 a.m. Defendant Community School Districts Ankeny, Council Bluffs, Davenport, Decorah, Denver, Des Moines, Johnston, Linn Mar, and Waterloo decline argument on the Motion. 11:10 a.m. Plaintiffs present rebuttal argument.  11:24 a.m. The Court will consider the matter submitted.

Time Start: 10:00 a.m.

Time End:  11:24 a.m.

Date: September 10, 2021

/s/ K. Whitaker
_____
Deputy Clerk