## HOLLAND, MICHAEL, RAIBER & SITTIG PLC
### Attorneys at Law
123 North Linn Street, Suite 300
Iowa City, Iowa 52245
319-354-0331
www.icialawyers.com

C. Joseph Holland
jholland@icialaw.com

Robert Michael
rmichael@icialaw.com

Crystal Raiber
craiber@icialaw.com

Erek Sittig
esittig@icialaw.com

September 10, 2021

**RE:** **The ARC of Iowa *et al.* vs. Kim Reynolds, in her official capacity as Governor of Iowa *et al.*
United State District Court
Southern District of Iowa      Case No. 4:21-CV-00264**

Our Firm is counsel to the Iowa City Community School District by appointment and employment by the Board of Directors pursuant to Section 279.37 of the Code of Iowa (2021). On behalf of the Iowa City Community School District I am able to represent to the Court the following:

The Iowa City Community School District has no objection or resistance to the Court granting a Temporary Restraining Order and joining enforcement of Section 280.31 of the Code of Iowa (2021).

If the Court does enter that Temporary Restraining Order the Board of Directors of the Iowa City Community School District is prepared to meet as soon as possible to consider a mask requirement in the District in alignment with the provisions of a Temporary Restraining Order.

I have been authorized by the Iowa City Community School District, acting through its Superintendent, to provide this statement for the benefit of the Court.

Respectfully submitted,

*C. Joseph Holland*

C. Joseph Holland

CJH:ses