IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| FRANCES MIERZWA PARR, individually, as mother and next friend of M.C.P. and B.E.P, <br><br> Plaintiffs, <br><br> v. <br><br> IOWA DEPARTMENT OF EDUCATION; ANN LEBO, in her Official Capacity as the Director of the Iowa Department of Education; THE STATE OF IOWA; KIMBERLY REYNOLDS, in Her Official Capacity as the Governor of the State of Iowa; IOWA DEPARTMENT OF PUBLIC HEATH; KELLY GARCIA, in Her Official Capacity as the Director of the Iowa Department of Public Health. <br><br> Defendants. | CASE NO. <u>EQCE086981</u> <br><br><br> AFFIDAVIT OF JILL SHUDAK |

STATE OF  Iowa        )
                      ) ss.
Pottawattami COUNTY   )

I Jill Shudak state that I am a member of the Council Bluffs Community School District School Board. I am aware that pursuant to Iowa Code Section 280.31, that as a member of the Council Bluffs Community School District, I am not able to issue a facial covering/ mask mandate for students and school personnel in the Council Bluffs Community Schools. As a member of the Council Bluffs Community School Board I would prefer to be able to consider a facial covering mask mandate for our school district. I believe that the local school board would be more aware of local developments concerning COVID-19 and the Delta Variant and would be in a better position to enact

Exhibit "6"

appropriate mask measures to protect our students than the a state law blocking a mask mandate.

I have personal knowledge of the above and am competent to so testify.

_____
JILL SHUDAK

Subscribed and sworn to before me by JILL SHUDAK this 3rd day of Sept, 2021.

**Calen Ely**
Commission No. 820059
My Commission Expires
September 10, 2022

_____
Notary Public