**EXHIBIT F**

IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| FRANCES MIERZWA PARR, individually, as mother and next friend of M.C.P. and B.E.P,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>IOWA DEPARTMENT OF EDUCATION; ANN LEBO, in her Official Capacity as the Director of the Iowa Department of Education; THE STATE OF IOWA; KIMBERLY REYNOLDS, in Her Official Capacity as the Governor of the State of Iowa; IOWA DEPARTMENT OF PUBLIC HEATH; KELLY GARCIA, in Her Official Capacity as the Director of the Iowa Department of Public Health.<br><br>　　　　Defendants. | CASE NO. EQCE086981<br><br><br>AFFIDAVIT OF STACY ANDERSEN |

STATE OF _Iowa_ )
　　　　　　　　　　　　 ) ss.
_Polk_ COUNTY )

I, Stacy Andersen, state that I am a member of the Urbandale Community School District School Board. I am aware that pursuant to Iowa Code Section 280.31, that as a member of the Urbandale Community School District, I am not able to issue a facial covering/ mask mandate for students and school personnel in the Urbandale Community Schools. As a member of the Urbandale Community School Board I would prefer to be able to consider a facial covering mask mandate for our school district. I believe that the local school board would be more aware of local developments concerning COVID-19 and the Delta Variant and would be in a better position to enact

appropriate mask measures to protect our students than the a state law blocking a
mask mandate.

I have personal knowledge of the above and am competent to so testify.

_____
Stacy Andersen

Subscribed and sworn to before me by Stacy Andersen this _8th_ day  of

_September_____, 2021.



_____
Notary Public