## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA; CHARMAINE ALEXANDER, individually and on behalf of C.B., a minor; JONATHAN  CRAIG, individually and on behalf of E.C. and J.C., minors; MICHELLE CROFT, individually and on behalf of J.J.B., a minor; AMANDA DEVEREAUX, individually and on behalf of P.D., a minor; CARISSA FROYUM ROISE, individually and on behalf of H.J.F.R., a minor; LIDIJA GEEST, individually and on behalf of K.G., a minor; MELISSA HADDEN, individually and on behalf of V.M.H., a minor; HEATHER LYNN PRESTON, individually and on behalf of M.P. and S.P, minors; LISA HARDISTY SITHONNORATH, individually and on behalf of A.S., a minor; REBEKAH STEWART, individually and on behalf of E.M.S., a minor; and ERIN VERCANDE, individually and on behalf of S.V., a minor, <br><br>      Plaintiffs, <br><br> v. <br><br> KIM REYNOLDS, in her official capacity as Governor of Iowa; ANN LEBO, in her official capacity as Director of the Iowa Department of Education; ANKENY COMMUNITY SCHOOL DISTRICT; COUNCIL BLUFFS COMMUNITY SCHOOL DISTRICT; DAVENPORT COMMUNITY SCHOOL DISTRICT; DECORAH  COMMUNITY SCHOOL DISTRICT;  DENVER COMMUNITY SCHOOL DISTRICT; DES MOINES PUBLIC SCHOOLS; IOWA CITY COMMUNITY SCHOOL DISTRICT; JOHNSTON COMMUNITY SCHOOL DISTRICT; LINN MAR COMMUNITY SCHOOL DISTRICT; and WATERLOO COMMUNITY SCHOOL DISTRICT, <br><br>     Defendants. | Case No. 4:21-cv-00264 <br><br><br><br><br><br><br><br><br><br><br> **NOTICE OF WITHDRAWAL OF MIRIAM D. VAN HEUKELEM ON BEHALF OF DEFENDANT COUNCIL BLUFFS COMMUNITY SCHOOL DISTRICT** |

COMES NOW, Miriam D. Van Heukelem of the law firm of Ahlers & Cooney, P.C. and withdraws her appearance on behalf of Defendant Council Bluffs Community School District. Attorney Timothy A. Clausen of the law firm of Klass Law Firm, L.L.P. has entered an appearance as counsel for Defendant Council Bluffs Community School District.

/s/ Miriam D. Van Heukelem

Miriam D. Van Heukelem (AT0010074)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone:     515-243-7611
Facsimile:      515-243-2149
E-mail:        mvanheukelem@ahlerslaw.com
ATTORNEYS FOR DEFENDANTS ANKENY
COMMUNITY SCHOOL DISTRICT, DECORAH
COMMUNITY SCHOOL DISTRICT, DENVER
COMMUNITY SCHOOL DISTRICT, DES
MOINES PUBLIC SCHOOLS, JOHNSTON
COMMUNITY SCHOOL DISTRICT, LINN MAR
COMMUNITY SCHOOL DISTRICT, AND
WATERLOO COMMUNITY SCHOOL
DISTRICT

Original electronically filed.
Copy served electronically:

Rita Bettis Austen
Shefali Aurora
Leah Patton
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Suite 901
Des Moines, IA 50309-2316

Cynthia A. Miller
Catherine Johnson
Disability Rights Iowa
666 Walnut Street, Suite 1440
Des Moines, IA 50309

<table>
<tr><td colspan="4" style="text-align:center;"><strong>CERTIFICATE OF SERVICE</strong></td></tr>
<tr><td colspan="4">The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on <u>September 15, 2021</u></td></tr>
<tr><td>By</td><td>☐ U.S. Mail</td><td></td><td>☐ Fax</td></tr>
<tr><td></td><td>☐ Hand Delivery</td><td></td><td>☐ Overnight Carrier</td></tr>
<tr><td></td><td>☒ Electronically through CM-ECF</td><td></td><td>☐ E-mail</td></tr>
<tr><td></td><td>☐ Electronically through Efile</td><td></td><td></td></tr>
<tr><td>Signature</td><td colspan="3"><em>/s/ Anne Stokely</em></td></tr>
</table>

Louise Melling
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004

Susan Mizner
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111

John A. Freedman
Tara L. Williamson
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001

Shira Wakschlag
The Arc of the United States
1825 K Street, NW, Suite 1200
Washington, DC 20006

Thomas J. Duff
Jim T. Duff
Duff Law Firm, PLC
4090 Westown Parkway, Suite 102
West Des Moines, IA 50266

Timothy A. Clausen
Klass Law Firm, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106

01938860-1\99500-323