# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al., *Plaintiffs*, v. KIM REYNOLDS et al., *Defendants*. | Case No. 4:21-cv-264  **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.1, Plaintiff The Arc of Iowa hereby provides the following Corporate Disclosure Statement.

The Arc of Iowa does not have any association, firm, partnership, corporation, or other artificial entity that is related to the Plaintiff as a parent, subsidiary, or otherwise, or that has a direct or indirect pecuniary interest in the Plaintiffs' outcome in the above-captioned matter.

Date: September 17, 2021

Respectfully submitted:

**THE ARC OF THE UNITED STATES**

/s/ Shira Wakschlag
Shira Wakschlag*
The Arc of the United States
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: 202-534-3708
Facsimile: 202-534-3731
wakschlag@thearc.org

**AMERICAN CIVIL LIBERTIES UNION OF IOWA**

Rita Bettis Austen, AT0011558
**ACLU of Iowa Foundation Inc.**
505 Fifth Avenue, Suite 901

Des Moines, IA 50309-2316
Telephone: 515-243-3988
Facsimile: 515-243-8506
rita.bettis@aclu-ia.org

Shefali Aurora, AT0012874
**ACLU of Iowa Foundation Inc.**
505 Fifth Avenue, Suite 901
Des Moines, IA 50309-2316
Telephone: 515-243-3988
Facsimile: 515-243-8506
shefali.aurora@aclu-ia.org

Leah Patton, AT0006022
**ACLU of Iowa Foundation Inc.**
505 Fifth Avenue, Suite 901
Des Moines, IA 50309-2316
Telephone: 515-243-3988
Facsimile: 515-243-8506
leah.patton@aclu-ia.org

**DISABILITY RIGHTS IOWA**

Cynthia A. Miller (AT0005382)
666 Walnut Street, Suite 1440
Des Moines, IA 50309
T: (515) 278-2502
E: cmiller@driowa.org

Catherine Johnson*  (AT0004006)
666 Walnut Street, Suite 1440
Des Moines, IA 50309
T: (515) 278-2502
E: cjohnson@driowa.org


**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Louise Melling*
125 Broad St.
New York, NY 10004
T: (212) 549-2637
E: lmelling@aclu.org

Susan Mizner*
39 Drumm Street
San Francisco, CA 94111

T: (415) 343-0781
E: smizner@aclu.org


**ARNOLD & PORTER KAYE SCHOLER LLP**

John A. Freedman*
Tara L. Williamson*
601 Massachusetts Ave, NW
Washington, DC 20001
T: 202.942.5316
E: john.freedman@arnoldporter.com

*Admitted *pro hac vice*


**TOM DUFF LAW FIRM**

THOMAS J. DUFF
JIM T. DUFF
DUFF LAW FIRM, PLC
The Galleria
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
Telephone: (515) 224-4999
Fax: (515) 327-5401
Email : tom@tdufflaw.com
jim@tdufflaw.com
wendy@tdufflaw.com

*Attorneys for the Plaintiffs*

T: (415) 343-0781
E: smizner@aclu.org


**ARNOLD & PORTER KAYE SCHOLER LLP**

John A. Freedman*
Tara L. Williamson*
601 Massachusetts Ave, NW
Washington, DC 20001
T: 202.942.5316
E: john.freedman@arnoldporter.com

*Admitted *pro hac vice*


**TOM DUFF LAW FIRM**

THOMAS J. DUFF
JIM T. DUFF
DUFF LAW FIRM, PLC
The Galleria
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
Telephone: (515) 224-4999
Fax: (515) 327-5401
Email : tom@tdufflaw.com
jim@tdufflaw.com
wendy@tdufflaw.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: September 17, 2021

/s/Shira Wakschlag
Shira Wakschlag