IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| THE ARC OF IOWA et al., | Case No. 4:21-CV-00264-RP-SBJ |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF STACEY GIVENS** |
| KIM REYNOLDS, in her official capacity as Governor of Iowa, et al. | |
| Defendants. | |

I, Stacey Givens, declare under penalty of perjury that I have personal knowledge of the following:

1. My name is Stacey Givens and I reside in Polk County, Iowa.
2. My son, K.G., is in enrolled in the Ankeny Community School District.
3. K.G. is in the second grade and has an Individualized Education Program (IEP) designed to meet his learning needs.
4. This past school year, the mask requirement at K.G.'s school caused him anxiety that led to increased behavioral issues.
5. Over the summer and in the early part of this school year, K.G.'s anxiety and behavioral concerns improved when he was not required to wear a mask.
6. K.G. is adamant that he does not want to wear a mask again and I fear that his anxiety and behavioral issues will worsen once again if he is required to do so.

7. K.G. also suffers from asthma.

8. While wearing a mask, K.G. does not receive an adequate amount of clean oxygen and is constantly breathing in germs.

9. K.G. has sensory processing issues and benefits from "reading" the faces of people around him, perceiving whether individuals are being serious, joking, or otherwise understanding their expressions.

10. A universal mask mandate inhibits K.G.'s ability to process the expressions of fellow students and teachers and negatively affects his learning.

11. At times, K.G. struggles with pronunciation of words and a universal mask mandate affects his speech pronunciation.

12. K.G. is immune deficient and receives regular infusions. After speaking with K.G.'s primary care provider, I believe it is in K.G.'s best interest to attend school, without wearing a mask, so long as he washes his hands and takes other normal health precautions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021.

_Stacey Givens_
Stacey Givens