IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE ARC OF IOWA et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIM REYNOLDS, in her official capacity as Governor of Iowa, et al. <br><br> Defendants. | Case No. 4:21-CV-00264-RP-SBJ <br><br> **DECLARATION OF PAM GRONAU** |

I, Pam Gronau, declare under penalty of perjury that I have personal knowledge of the following:

1. My name is Pam Gronau and I reside in Polk County, Iowa.
2. My sons, B.G. and A.G., are enrolled in the Urbandale Community School District and are in the third grade.
3. B.G. and A.G. each have an Individualized Education Plan (IEP) designed to meet their learning needs.
4. My son B.G. has autism and has challenges with communicating socially.
5. This past school year, I requested and received an exemption from B.G. being required from wearing a mask, due to his autism.
6. Even though B.G. was exempted from wearing a mask, B.G. had difficulty advancing his social skills and understanding the expressions of those around him due to his fellow students and teachers wearing masks.

7. My son A.G. has behavioral issues and sometimes struggles with attention.

8. This past school year, I requested and received an exemption from A.G. being required from wearing a mask.

9. After the federal judge's ruling granting a temporary restraining order, the Urbandale Community School District voted to reimpose a mask mandate.

10. I am concerned that a universal mask mandate will inhibit B.G. and A.G.'s ability to understand their teachers and interact with their peers, negatively affecting their learning.

11. Although I have requested an exemption for B.G. and A.G. from the universal mask mandate policy, I am concerned that they will continue to struggle if their teachers and many of their peers are required to wear a mask.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021.

*Pam Gronau*
Pam Gronau