# Declaration of Dr. James Basham

I, Dr. James Basham, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

## Background

1. I am currently a Professor in the Department of Special Education at the University of Kansas. This Department has been consistently ranked by U.S. News and World Report as one of the top special education programs in the country.

2. I also serve as the Senior Director for Learning and Innovation at the Center for Applied Special Technology, a Boston-based research and development non-profit that created the Universal Design for Learning ("UDL") framework. This framework seeks to improve and optimize teaching and learning for all people based on scientific insights into how humans learn. These guidelines offer a set of concrete suggestions that can be applied to any discipline or domain to ensure that all learners can access and participate in meaningful, challenging learning opportunities.

3. I am one of the co-founders of the UDL Implementation and Research Network ("UDL-IRN"), a global network of educators, education leaders, researchers, and industry leaders focused on supporting the design of UDL based learning environments.

4. My work focuses on developing learning environments that are equitable, beneficial, and meaningful for all learners. My research addresses the implementation of UDL, STEM education, learner-centered design, innovation, and technology in human learning.

5. My current research includes an interdisciplinary investigation of instructional design and technology use throughout PK-20 learning environments as it relates to learning and instruction of all students, with a particular focus on students with disabilities.

6. I am currently a principal investigator on a number of federally and privately funded research and technical assistance projects, including the Center for Innovation, Design, and Digital Learning which is serving as the National Center to Improve Faculty Capacity to Use

Educational Technology in Special Education, Early Intervention, and Related Services Personnel Preparation and Leadership Personnel Preparation Programs.

7.  From 2012-2017, I served as co-principal investigator of the Center on Online Learning and Students with Disabilities, which conducted research on how K-12 online learning impacts the access, participation, and progress of students with disabilities. The Center was a partnership involving the University of Kansas Center for Research on Learning, the Center for Applied Special Technology, and the National Association of State Directors of Special Education and was funded through the U.S. Department of Education; Office of Special Education Programs.

8.  I have served as an expert consultant for school districts, universities, national education agencies, foundations, and corporate entities.

9.  I have authored over 100 scholarly publications, including:

    a.  "Equity matters: Digital & Online Learning for Students with Disabilities."

    b.  "Designing Online Learning Opportunities for Students with Disabilities."

    c.  "Integrating Research-Based Practices and Mobile Technology to Support Students with Executive Functioning Challenges in Postsecondary STEM."

    d.  "Reviewing research on mobile learning in k-12 educational settings: Implications for students with disabilities."

    e.  "Emerging state policy in online special education."

    f.  "The emerging field of online special education."

    g.  "Case in point: A statewide blended learning initiative for students with disabilities: What makes it work? A director's perspective."

    h.  "Preparing special education teachers for online learning: findings from a survey of teacher educators."

    i.  "FAPE and LRE in online learning: Special education directors' perspectives."

    j.  "Practitioners' perceptions of their knowledge, skills, competencies in online teaching of students with and without disabilities."

    k.  "Computer-mediated collaboration: Using the web to contextualize representational issues in general and special education practice."

l. "Opportunities in Crisis:  The Role of Universal Design for Learning in Educational Redesign."

10. I have given hundreds of presentations on my areas of research, including, most recently, "Remote Learning for Students with Learning Differences" at the Stanford Graduate School of Education and, as a keynote, "Considering the Design of Online Learning for Students with Disabilities" at the National Council for Special Education of Ireland.

11. I regularly teach students in the University of Kansas School of Education, including courses on "Conceptual Issues in Special Education" and "Understanding, Analysis, and Sustainable Implementation of Instructional Design and Technology for Diverse Learners."

12. I received my Ph.D. in Educational Psychology and Special Education from the University of Urbana-Champaign in 2005.

13. Prior to joining the University of Kansas in 2011, I served as an Assistant Professor at the University of Cincinnati (2006-2011) and Eastern Illinois University (2005-2006).

14. Prior to beginning my Ph.D., I worked as a special education teacher in a number of public school districts from 1994-1999 (including two years as a homebound instructor for students with disabilities).

15. My CV is attached as Exhibit A.

16. I am not being compensated for my time reviewing materials and preparing this report.

## Online Learning for Students with Disabilities

17. Few online learning management systems are specifically designed to support the needs of students with disabilities, particularly those with sensory or intellectual disabilities.

18. Many students with disabilities require intensive individualized supports to be successful in school. Full time online instruction is detrimental for students with disabilities where individualized supports are not built around the individual student's needs. Virtual learning environments can make providing these supports significantly more difficult than what can be provided via in-person instruction.

19. Online learning environments are far more complex to navigate than face-to-face environments for students with disabilities and those who support them. Online learning environments rely on learning interaction to be successful. While learner interactions in face-to-face classroom settings can be observed and supported by educators, peers, or other support personnel, these interactions are hidden in online learning environments between the learner and computer, making the provision of meaningful supports more challenging.

20.  Current online learning environments do not have the necessary artificial intelligence to support any student, especially students with disabilities, in goal attainment; thus, require a great deal of learner-interaction. Students with disabilities—especially those students with intellectual and developmental disabilities, significant learning disabilities, and/or social-emotional behavioral disabilities—often lack the necessary skills to independently demonstrate success in these settings.

21. Successful online education requires much more parent participation and interaction than face-to-face education settings. Not all parents have the time or necessary expertise to successfully support students with disabilities in these settings. Without these supports, students with disabilities will likely fail to be successful in school and be unable to meet their educational goals and progress from year to year.

22. Educators require different knowledge and skills to teach in online learning environments than in face-to-face settings. However, as found in a 2016 national survey conducted by the Center on Online Learning and Students with Disabilities, none of the special education teacher education programs in the sample required online teaching knowledge and skills within their curriculum. Thus, special education teachers rarely have the necessary skills to teach in these settings.

23. Overall, online education, especially full-time online or virtual education for students with disabilities, has a great deal of unresolved issues. Given these complexities, full-time online education should never be considered as the only placement option for students with disabilities, as this would not be expected to provide these students with the same level of educational goal attainment that they would receive via well-designed face-to-face instruction.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 26th day of September, 2021 in Lawrence, Kansas.

_____

Dr. James Basham

# James D. Basham, Ph.D.
**University of Kansas**
**Department of Special Education**
**School of Education**
jbasham@ku.edu
Twitter: @jdbasham

## Education

**University of Illinois Urbana-Champaign**
Ph.D., Educational Psychology and Special Education
Division of Cognitive Science of Teaching and Learning

**2005**

**Eastern Illinois University**
M.S., Special Education
Specialization: Consultation and Collaboration

**1996**

**Eastern Illinois University**
B.A., Special Education
Certification: LD, EBD, ID; (LBSI) Endorsed: ECSE

**1994**

## PROFESSIONAL EXPERIENCES

**Organization Administration**                                    **2019-Present**
  **CAST (501c3)**
    Senior Director of Learning and Innovation (2019-Present)

  **UDL-Implementation and Research Network (UDL-IRN) (501c3)**    **2010-Present**
    Founder (2010-Present)
    CEO (2012-2019)
    Board Chair (2012-2019)
    Executive Director (2010-2015)

## HIGHER EDUCATION (FACULTY APPOINTMENTS)

**University of Kansas**                                           **2011-Present**
Professor (2020-Present)
Associate Professor (2013-2020)
Assistant Professor (2011-2013)
Department of Special Education
Center for Research on Learning (CRL)
School of Education

**University of Cincinnati**                                       **2006-2011**
Assistant Professor
Special Education & Instructional Design & Technology
UC|FUSION STEM Center (Leadership Team)
School of Education

**Eastern Illinois University**                                    **2005-2006**
Assistant Professor
Department of Special Education
College of Education and Professional Studies

**Eastern Illinois University**                                           **2002-2005**
Adjunct Faculty
Department of Special Education
College of Education and Professional Studies

### Higher Education (Non-Faculty Appointments)

**University of Illinois Urbana-Champaign**                               **2002-2005**
Graduate Researcher
Technology, Identity, Lifestyle, & Education Study (TILES)
Department of Educational Psychology
College of Education

**University of Illinois Urbana-Champaign** Consultant & Project Manager  **2002-2004**
Office of Educational Technology (OET)
College of Education

**University of Illinois Urbana-Champaign**                               **2000-2004**
Graduate Research Assistant
Instructional Technology Consultant & Webmaster
Department of Special Education
College of Education

**University of Illinois Urbana-Champaign**                               **2000-2002**
Graduate Researcher
Project Addressing the Needs and Supports of Educational Reform for Students
with Disabilities (ANSER)
Department of Special Education
College of Education

**University of Illinois Urbana-Champaign**                               **1999-2000**
Graduate Researcher & Instructional Designer
Curriculum, Technology, & Educational Reform (online program)
Department of Educational Psychology
College of Education

**University of Illinois Urbana-Champaign**                               **1999-2000**
Student Teaching Supervisor
Department of Special Education
College of Education

### K-12 Teaching

**Rockford Public Schools**                                              **1997-1999**
Special Education Teacher (High-Incidence Disabilities; SED focus)
Special Education Teacher (Summers: Low-Incidence Disabilities)          **1996-1999**
Rockford, IL

**Winnebago Public School District;**
Special Education Teacher/Inclusion Consultant (High-Incidence Disabilities)  **1996-1997**

**Mattoon Community Unit School District No. 2**                         **1994-1996**
Homebound Instructor

**PUBLICATIONS**

**Refereed Journal Articles**

Zhang, L., Basham, J.D., Yang, S., Understanding the implementation of personalized learning: A research synthesis, Educational Research Review (2020), doi: https://doi.org/10.1016/j.edurev.2020.100339.

Basham, J. D., Blackorby, J., & Marino, M. T. (2020). Opportunity in Crisis: The Role of Universal Design for Learning in Educational Redesign. *Learning Disabilities: A Contemporary Journal*, *18*(1), 71-91.

Basham, J. D., Gardner, J. E., & Smith, S. J. (2020). Measuring the Implementation of UDL in Classrooms and Schools: Initial Field Test Results. Remedial and Special Education, 41(4), 231–243. https://doi.org/10.1177/0741932520908015

Xie J., Basham, J.D., Bensel, A. (2020). Integrating Research-Based Practices and Mobile Technology to Support Students with Executive Functioning Challenges in Postsecondary STEM. *International Journal of Mobile Learning and Organization*, 14(1), 184-202. https://doi.org/10.1504/IJMLO.2020.106172

Zhao, Y., Wehmeyer, M., Basham, J., & Hansen, D. (2019). Tackling the wicked problem of measuring what matters: Framing the questions. *ECNU Review of Education*, *2*(3), 262-278.

Xie, J., Basham, J.D., Marino, M.T., & Rice, M.F. (2017) Reviewing research on mobile learning in k-12 educational settings: Implications for students with disabilities. *Journal of Special Education Technology. doi:10.1177/0162643417732292*

Basham, J. D., Carter Jr, R. A., Rice, M. F., & Ortiz, K. (2016). Emerging state policy in online special education. *Journal of Special Education Leadership*, *29*(2), 70-78.

Bell, S. D., Smith, S. J., & Basham, J. D. (2016*). Case in point: A statewide blended learning initiative for students with disabilities*: What makes it work? A director's perspective. *Journal of Special Education Leadership*, *29*(2), 113-116.

Basham, J.D., Smith, S.J., Satter, A.L. (2016). Universal design for learning: Scanning for alignment in K-12 blended and fully online learning materials. *Journal of Special Education Technology.* DOI: 10.1177/0162643416660836

Basham, J. D., Hall, T. E., Carter, Jr., R. A., & Stahl, W. M. (2016). An operationalized definition of personalized learning. *Journal of Special Education Technology.* DOI: 10.1177/0162643416660835

Smith, S.J., Basham, J.D., Hall, T (2016) The emerging field of online special education. *Journal of Special Education Technology.* doi:10.1177/0162643416660839

Smith, S. J., Basham, J. D., Rice, M. & Carter, Jr. R. A. (2016). Preparing special education teachers for online learning: findings from a survey of teacher educators. *Journal of Special Education Technology*. doi:10.1177/0162643416660834

Greer, D.L., Harvey, D., Burdette, P., Basham, J.D. (2015). *FAPE and LRE in online learning: Special education directors' perspectives. Journal of the American Academy of Special Education Professionals,* 53-71.

Greer, D.L., Smith S.J., Basham, J.D., (2014). Practitioners' perceptions of their knowledge, skills, competencies in online teaching of students with and without disabilities. *Journal of the American Academy of Special Education Professionals, 150-165.*

Harvey, D., Greer, D., Basham, J. & Hu, B. (2014). From the student perspective: Experiences of middle and high school students in online learning. *American Journal of Distance Education. 28, 14-26.*

Smith, S.J. & Basham, J. (2014). Designing online learning opportunities for students with disabilities. *Teaching Exceptional Children, 1-11.*

Marino, M.T., Gotch, C.M., Israel, M, Vasquez, E., Basham, J.D., Becht, K. (2014). UDL in the middle school science classroom: Can video games and alternative text heighten engagement and learning for students with learning disabilities? *Learning Disabilities Quarterly, 37,* 87-99.

Marino, M.T., Becht, K., Vasquez, E. Gallup, J.L., Basham, J.D. Gallegos B. (2014) Enhancing secondary science content accessibility with video games. *Teaching Exceptional Children, 47,* 27-34.

Basham, J.D., Smith, S.J., Greer, D.L., and Marino, M.T. (2013). The scaled arrival of K-12 online education: Emerging realities and implications for the future of education. *Journal of Education, 193*(2), 51-59.

Basham, J. D., & Marino, M. (2013). Understanding STEM education and supporting students with universal design for learning. *Teaching Exceptional Children,* 45(4), *8-15.*

Israel, M. Marino, M.T., & Basham, J.D., Spivak, W. (2013). Fifth graders as app designers: How diverse learns conceptualize education apps. *Journal of Research on Technology Education, 46*(1), 53-80.

Marino, M. T., Israel, M., Beecher, C. C., & Basham, J. D. (2012). Students' and teachers' perceptions of using videogames to enhance science instruction. *Journal of Science Education and Technology.* DOI 10.1007/s10956-012-9421-9

Haydon, T., Hawkins, R., Basham, J., Denune, H., Kimener, L., & McCoy, D. (2012). A comparison of iPads and worksheets on math skills of 9th grade students with emotional disorders. *Behavioral Disorders,* 37*(4), 232-243.*

Carnahan, C., Basham, J. D., Christman, J., & Hollingshead, A. (2012). Overcoming challenges: Going mobile with your own video models. *Teaching Exceptional Children, 45(2),* 50-59.

Marino, M. T., Basham, J. D., & Beecher, C. C. (2011). Using video games as an alternative science assessment for students with disabilities and at-risk learners. *Science Scope, 34*(5) 36-41.

Marino, M. T., Tsuruski, B. K., & Basham, J. D. (2011). Selecting science software for students with learning disabilities and other special needs. *The Science Teacher, 78*(3), 70-72.

Basham, J. D., Israel, M., Graden, J., Poth, R., & Winston, M. (2010). A comprehensive approach to RTI: Embedding universal design for learning and technology. *Learning Disability Quarterly, 33*(4), 243-255.

Basham, J. D., & Marino, M. T. (2010). Introduction to the topical issue: Shaping STEM education for all students. *Journal of Special Education Technology, 25*(3), 1-2.

Basham, J. D., Israel, M., & Maynard, K. (2010). An ecological model of STEM education: Operationalizing STEM for all. *Journal of Special Education Technology, 25*(3), 9-19.

Basham, J. D., Lowrey, K. A., & deNoyelles, A. (2010). Computer mediated communication in the universal design of learning framework. *Journal of Special Education Technology,* 31-44.

Basham, J. D., Meyer, H., & Perry, E. (2010). The design and application of the digital backpack. *Journal of Research on Technology in Education, 42*(4), 339-359.

Carnahan, C., Basham, J., & Musti-Rao, S. (2009) Interactive books: A low-technology use strategy for increasing engagement of students with autism and significant learning needs. *Exceptionality, 17,* 76-87.

Edyburn, D. L., & Basham, J. (2008). Collecting and coding observational data. *Journal of Special Education Technology*, 23(3), 56-60.

Basham, J., Palla, A., & Pianfetti, E. S. (2005). An integrated framework used to increase preservice teacher NETS-T ability. *Journal of Technology and Teacher Education, 13*(2), 357-376.

Ching, C. C., Basham, J. D., & Jang, E. (2005). The legacy of the digital divide: Gender, SES, and early exposure as predictors of full-spectrum technology use among young adults. *Urban Education*, *4*, 394-412.

**Refereed Chapters**

Jackson, H. A., Basham, J. D., Thomas, K., & Hunt, C. L. (2020). Designing STEAM Learning Environments. In Challenges and Opportunities for Transforming From STEM to STEAM Education (pp. 1-23). IGI Global. DOI: 10.4018/978-1-7998-2517-3.ch001

Huffman, D., Thomas, K., & Basham, J. D. (2020). The Transdisciplinary Nature of STEAM Education: Integrating STEAM in Pre-Service Teacher Education. In Challenges and Opportunities for Transforming From STEM to STEAM Education (pp. 221-237). IGI Global. DOI: 10.4018/978-1-7998-2517-3.ch009

Basham, J. D., & Blackorby, J. (2020). UDL Next: The future of the framework. In K. Lowrey, (Ed.). *Critical Issues in Universal Design for Learning*. Oviedo, FL: Knowledge by Design.

Basham, J.D., Han, K, Zhang, L., & Yang, S. (2020). Considering the fourth industrial revolution in the preparation of learners with and without disabilities. In Yuen, M., Beamish, W, & Solberg, V.S. *Career Development and Transitions for Students with Special Educational Needs.* Singapore, Springer.

Basham, J.D., Marino, M.T., Hunt, C. & Han, K. (2020). Considering STEM for Learners with Disabilities and Other Diverse Needs. In Johnson, C., Mohr-Schroder, M., Moore, T., English, L. (Eds.). *Handbook of Research on STEM Education.* Routledge.

Basham, J. D., Stahl, W. M., & Hall, T. E., & Carter, Jr., R. A. (2017). Establishing a student-centered environment to support all learners. In C.M. Curran & A.J. Peterson (Eds*.), Handbook of Research on Classroom Diversity and Inclusive Education Practice.* Hershey, PA: IGI Global

Basham, J. D., Koehler, C., & Israel, M. (2011). Creating a "STEM for all" environment. In C. Johnson (Ed.), *Secondary STEM education reform (secondary education in the changing world*) (pp. 1-25). New York, NY: Palgrave Macmillian.

Lowrey, K. A., Basham, J. D., Gardner, J. E., & Jones, M. (2011). Computer-mediated collaboration: Using the web to contextualize representational issues in general and special education practice. In E. D. McCray, P. A. McHatton, & C. L. Beverly (Eds.), *Knowledge, skills, and dispositions for culturally competent and intercultural sensitive leaders in education* (pp. 202-223). Arlington, VA: CEC Teacher Education Division

**Book Chapters**

\*Basham, J.D., & Vasquez, E. (in press). Technology and innovation: supporting learners with autism. In Ho, F.C., Lam, S.C., Sam, K.L. (Eds.) *Promoting Collaborative Learning Cultures to Help Teachers Support Students with Autism Spectrum Disorder.* Singapore: Springer.

Zhang, L., Basham, J. D., & Lowrey, K. A. (2020). Foundations for Reinventing the Global Education System: Personalized Learning Supported Through Universal Design for Learning. In T. Neimann, & U. Stelson (Eds.), *Challenges and Opportunities in Global Approaches to Education* (pp. 146-163). Hershey, PA: IGI Global. doi:10.4018/978-1-5225-9775-9.ch008

Alsalem, M. & Basham, J.D. (2017). Kingdom of Saudi Arabia. In M.L. Wehmeyer & J.R. Patton (Eds.), (p. 238-267). *The Praeger International Handbook of Special Education.* Santa Barbara, CA: Praeger

Basham, J.D., Blackorby, J., Stahl, S., & Zhang, L. (2018). Universal design for learning: Because students are (the) variable. In K. Kennedy & R.E. Ferdig (Eds*.), Handbook of research on K-12 online and blended learning* (2nd ed) (pp. 477-507). Pittsburgh, PA: ETC Press.

Carter, Jr., R. A., Basham, J., & Rice, M. (2016). Helping special education teachers' transition to online learning. In K. Graziano & S. Bryans-Bongey (Eds.) *Online education: Issues, methods, and best practices for K-12 educators.* Information Today, Inc.

Basham, J. D., Perry, E., & Meyer, H. (2011). It's in the bag: Digital backpacks for project-based learning. *Learning and Leading with Technology, 39*(2), 24-27.

Basham, J., & Gardner, J. (2010). Measuring universal design for learning. *Special Education Technology Practice, 12*(2), 15-19.

\*Lowrey, A. L., & Basham, J. D. (2010). Individualized education program (IEPs). In T. C. Hunter, J. C. Carper, T. J. Lasley, & C. D. Raisch (Eds.), *Encyclopedia of educational reform and dissent (pp. 460-463).* Thousand Oaks, CA: Sage.

\*Basham, J. (2007). Use of cognitive memory prosthetics for individuals with learning disabilities. *Special Education Technology Practice, 9*(5), 16-21.

Ching, C. C., Basham, J. D., & Pianfetti, E. (2005). Technology in education, technology in life: Toward a holistic perspective on integration in preparing tomorrow's teachers. In C. Vrasidas & G. V. Glass (Eds.), *Current perspectives on applied information technologies Vol. 2: Preparing teachers to teach with technology* (pp. 225-240). Greenwich, CT: Information Age.

\*Invited

**Refereed Conference Proceedings**

Zhang, L. & Basham, J. (2017). Personalized learning: Does it align with UDL? Proceedings from the UDL Implementation and Research Network Summit. Orlando, FL.

Basham, J., Hall, T., Stahl, S. (2017). Understanding UDL in personalized learning. Proceedings from the UDL Implementation and Research Network. Orlando, FL.

Marino, M., White, D., Norton, D., Quinn, B., & Basham, J. (2011). Designing Middle School Science Games for Students who Struggle with Reading. Games Learning Society (GLS) Annual Conference. Madison, WI (Paper of the Year)

Basham, J., Lowrey, A., Jones, M., & Huffman, D. (2006). Making use of the net: Internet-based videoconferencing and online conferencing tools in teacher preparation. In C. Crawford et al. (Eds.), *Proceedings of Society for Information Technology and Teacher Education International Conference 2006* (pp. 1440-1444). Chesapeake, VA: AACE.

Basham, J., & Jones, M. (2005). The design and integration of an online and on-campus hybrid course model. In C. Crawford et al. (Eds.), Proceedings of Society for Information Technology and Teacher Education International Conference 2005 (pp. 1884-1889). Chesapeake, VA: AACE.

Basham, J., Ching, C., & Tettagah, S. (2004). Technology & identity: Connecting value orientation, personal history, and culture to computers in education, Part I. In C. Crawford et al. (Eds.), Proceedings of Society for Information Technology and Teacher Education International Conference 2004 (pp. 1944-1945). Chesapeake, VA: AACE.

Basham, J., Pianfetti, E., Lowrey, K., & Palla, A. (2004). Preparing tomorrow's teachers to use technology: Differences between skills and values. In C. Crawford et al. (Eds.), *Proceedings of Society for Information Technology and Teacher Education International Conference 2004* (pp. 855-860). Chesapeake, VA: AACE.

Basham, J., Palla, A., & Pianfetti, E. (2004). An online training model: Preparing tomorrow's teachers to use technology. In C. Crawford et al. (Eds.), Proceedings of Society for Information Technology and Teacher Education International Conference 2004 (pp. 3195-3202). Chesapeake, VA: AACE.

Basham, J., Smeltzer, A., & Pianfetti, E. S. (2003). Teachers teaching with technology: Technology integration within a NETS aligned framework. In C. Crawford et al. (Eds.), *Proceedings of Society for Information Technology and Teacher Education International Conference 2003* (pp. 3366-3367). Chesapeake, VA: AACE.

**New Media Publications & Products**

Basham, J.D. & Reid, D. (2018). *UDL: Learning Spaces Idea Kit* [Learning space design cards]. Kansas City, KS: Gould Evans. Retrieved from https://www.udlideakit.org/

Basham, J.D., Stahl, S., Ortiz, K., Rice, M.F., & Smith, S. (2016). *Equity matters: Digital & Online Learning for Students with Disabilities*. Lawrence, KS: Center on Online Learning and Students with Disabilities.

Basham, J.D., Stahl, S., Ortiz, K., Rice, M.F., & Smith, S. (2015). *Equity matters: Digital & Online Learning for Students with Disabilities.* Lawrence, KS: Center on Online Learning and Students with Disabilities.

Abbott, J., Basham, J.D., Nordmark, S., Schneiderman, M., Umpstead, B., Walter, K., and Work, M.A., (2015). *Technology-Enabled Personalized Learning Summit: Finding and Recommendations to Accelerate Implementation*. [Report]. Raleigh, NC: Friday Institute.

Nelson, L.L. & Basham, J.D. (2015). *A Blueprint for UDL: Considering the Design of Implementation*. Lawrence, KS: UDL-IRN.

Basham, J., Koehler, C., & Fowler, T. (2009*). Sustainability plan for Taft elementary school: A living document.* Report submitted to Cincinnati STEM Steering Committee.

Basham, J., Hiles-Meadows, S., Fowler, T., Koehler, C., & Johnson, C. (2008). *Cincinnati PK-8 STEM school update.* Report submitted to Ohio STEM Learning Network.

Basham, J. D., Helen, M., Ehrlich, S., & Borders, C. (2008). *Digital backpack project: Preliminary evaluation report.* National Underground Railroad Freedom Center. Available on iTunes U.

### CURRENT RESEARCH

Current research includes an interdisciplinary investigation of instructional design and technology use throughout PK-20 learning environments as it relates to learning and instruction of all students but with particular focus on students with disabilities.

CURRENT & RECENT PROJECTS

**Project DataWall: A Decision Support System for MTSS** (Co-PI)          **2019-Current**
Develop and pilot test a decision support system (DSS) to facilitate solutions to problems that arise when implementing a Multi-Tiered System of Support (MTSS) model in elementary (K–5th grade) schools. Funded by Institute of Educational Science (IES).

**Learning Designed (learningdesigned.org)** (PI)          **2017-Current**
Learning Designed is a field-based platform that supports field growth, networking, and data collection across the globe in the implementation of UDL and other innovative, equity focused practices. Funded through Private Foundations.

**Teen Career Pathway (TCP I & TCP II)** (Research PI)          **2015-2019**
Two continuous projects in partnership with *The Social* to develop and study a series of video games/simulations that support STEM career exposure and planning. The investigation studies usability and efficacy through a unique backend of learning analytic data system. Funded by National Science Foundation (NSF).

**UDL Credentialing and Certification Initiative** (Co-PI; now PI)          **2014- 2017**
A partnership between CAST and the UDL-IRN to develop the UDL Council with the end goal of using the LEED process to align practice with a series of field-based stackable micro-credentials and certifications for supporting the practice of UDL. Funded through Private Foundations and U.S. Dept of Education.

**Stepping Up: Sustainable Implementation of Innovations for Student Achievement (SIISA)**          **2013-2017**
(Co-PI)
Funded through OSEP, SIISA is investigating the design of a writing support assessment tool as well as existing digital writing supports tool to increase writing competencies for all students, especially students with disabilities. Within this project we are collaborating with Don Johnston, Inc. to design a new school-wide digital assessment tool to identify strengthens, weaknesses, as well as potential strategies and tools for supporting writing outcomes directly aligned with common core and other K-12 writing standards. Funded through U.S. Dept of Education; Office of Special Education Programs.

**Center on Online Learning and Students with Disabilities** (Co-PI)          **2012-2017**
Funded through OSEP, the Center on Online Learning and Students with Disabilities conducts research on how K-12 online learning impacts the access, participation, and progress of students with disabilities. Research outcomes are expected to inform the design, selection, and implementation of online digital curriculum materials, the systems that deliver and support them, and the instructional practices associated with their use, in order to increase their efficacy for students with disabilities and other elementary and secondary learners. The Center is a partnership involving the University of Kansas Center for Research on Learning (KUCRL), the Center for Applied Special Technology (CAST), and the National Association of State Directors of Special Education (NASDSE). Funded through U.S. Dept of Education; Office of Special Education Programs.

**Universal Design for Learning (UDL) Measurement Tool** (PI)          **2009-Current**
A synergistic activity, working with colleagues from two other university pies and state leadership from two states to develop an instrument that measures the level of UDL implementation within an instructional experience. Unfunded.

EXTERNAL FUNDED GRANTS AND CONTRACTS

Basham, J.D., Smith, S., Zimmerman, K., Zhao, Y. (2020-2025). Center for Innovation, Design, and Digital Learning (CIDDL) is serving as the National Center to Improve Faculty Capacity to Use Educational Technology in Special Education, Early Intervention, and Related Services Personnel Preparation and Leadership Personnel Preparation Programs. Office of Special Education Programs. (PI) ($2,500,000)

Basham, J.D., Hall, T., Gravel, J. & Zimmerman, K. (2020-2024). Project Coaching on Learning for UDL Implementation (Project COOL). Office of Special Education Programs. (PI) ($1,600,000)

Sailor, W. & Basham, J.D. & Choi, J.H. (2019-2023) Project DataWall: A Decision Support System for MTSS (Co-PI) ($1,400,000)

Basham, J.D. & Nordmark, S. (2017-Current). UDLCCI and Learning Designed. Funded through private philanthropic foundations and contracts ($2,200,000 current total)

Zimmerman, M., & Basham, J. (July-December 2015). Teen Career Pathway (TCP): A game-based exploration of workforce skills for students with disabilities. National Science Foundation. (TCP I: $125,000; TCP II: $750,000).

Basham, J. Travers, J., Smith, S. (2016-2021). Develop Responsive, Innovative, and Visionary Educators (KU-DRIVE). Office of Special Education Programs. ($1,250,000)

Smith, S., Basham, J., Deshler, D. & Greer, D. (2013-2017). *Stepping Up: Sustainable Implementation of Innovations for Student Achievement (SIISA)* Stepping-Up Technology Implementation. Office of Special Education Programs. ($2,400,000)

Quinn, B., Basham, J. & Smith, S. (2012-2014). *Game-enhanced Interactive Physical Science Phase II.* National Science Foundation (NSF) ($500,000).

Deshler, D., Rose, D., East, B., Greer, D., Basham, J., Smith, S., & Meyen, E. (2012-2017). *Center for Online Learning and Students with Disabilities.* Office of Special Education Programs (OSEP). ($7,500,000)

Basham, J., Marino, M., Israel, M., & Edyburn, D. (2010-2013). *Interactive field investigation guide (iFIG).* Office of Special Education Programs (OSEP) Steppingstones. ($400,000)

Basham, J. (2010-2011). Exploratory *iOS STEM app system for learning.* Battelle Foundation. ($25,000).

Israel, M., Basham, J., Fowler, T., & Maynard, K. (2010-2011). *STEM demonstration research grant.* Ohio Board of Regents. ($480,000)

Fowler, T., Meyer, H., Basham, J., & Maynard, K. (2011). *Southwest Ohio STEM education hub of OSLN.* Ohio Board of Regents. ($980,000)

Basham, J., Fowler, T. Maynard, K., & Williamson, P. (2008-2009). *Preparing all Students for STEM (Developing a universal design-based STEM school).* Partnership for Continued Learning. ($770,000)

Basham, J., & Enlich, S. (2007-2008). *ASL online learning environment.* Ohio Learning Networks (OLN). ($10,000).

Basham, J. (2007-2008). *National Underground Railroad Freedom Center & Apple digital backpack project* (Pilot) .Knowledge Works Foundation (Seed Funding and In-kind Contribution). ($20,000)

Basham, J. (2007). *Multimedia enhancements for communication tools.* National Commission of Economic Veterinary Issues (NCVEI), ($25,000)

PRESENTATIONS

## National/International Presentations (*invited)

*Kozleski, E., Basham, J.D., Blackorby, J. (2020) Stanford Graduate School of Education (GSE) Webinar on Remote Learning for Students with Learning Differences. Stanford, CA. (

*Basham, J. (2020) (Keynote). Considering the Design of Online Learning for Students with Disabilities. National Council for Special Education of Ireland. Dublin, Ireland. (Conference moved online).

*Basham, J. (2020) (Keynote). Universal Design for Learning and the Modern Age of STEAM Education. International Conference on Open and Innovation Education. The Open University of Hong Kong, HK. (Conference moved online)

Jackson, H. A. & Basham, J. (2020, Apr 17 - 21) *Emotional Design Features Within Multimedia Learning and Education* [Poster Session]. AERA Annual Meeting San Francisco, CA http://tinyurl.com/u9ah7dx (Conference Canceled).

Zhang, L., Basham, J., Carter, R. A. & Yang, S. (2020, Apr 17 - 21) *Personalizing Learning Through the Lenses of Complex Dynamic Systems Theory and Universal Design for Learning* [Poster Session]. AERA Annual Meeting San Francisco, CA http://tinyurl.com/rlc77ok/ (Conference Canceled)

Wilcauskas, S. & Basham, J.D. (2020). *UDL policy, practice, and practice: 2020 onward*. Council for Exceptional Children (CEC). Portland, OR.

Blackorby, J., Basham, J.D., Hall, T., Yu, J., (2020). *Innovations in Educational Technology Using Universal Design for Learning*. IES Principal Investigators Meeting. Washington D.C.

*Basham, J.D., Reid, D., Maass, L. & Kent, B. (2019) (Workshop). *Universal design for learning: Neuroscience + Space Design = Equity for All Learners.* Coalition for Adequate School Housing (CASH). Sacramento, CA.

Zhang, L. & Basham, J.D. (2019). *Development of universal design for learning aligned environmental assessment inventory: Conceptual framework and its application.* American Educational Research Association (AERA) Annual Meeting. Toronto, ON.

Basham, J.D. & Zhang, L. (2019) *Universally designed personalized learning: Is it a paradox in (special) educational?* American Educational Research Association (AERA) Annual Meeting. Toronto, ON.

Zhang, L. & Basham, J.D. (2019). *Exploring factors that impact instructional adaptations to address learning variability in U.S. middle school classrooms.* American Educational Research Association (AERA) Annual Meeting. Toronto, ON.

*Basham, J.D., Vasquez, E., Wilson, L.B., & Davis, D. (2019). Universal design for learning town hall. Assistive Technology Industry Association (ATIA) Annual Conference. Orlando, FL.

*Basham, J.D., (2018*). Strengthening student-centered learning with universal design for learning*. Jobs for the Future (JFF) Student-Centered Learning Research Collaborative Convening. Providence, RI.

*Basham, J.D. & Posey, A. (2018) (Closing Plenary). *Universal design for learning credentialing and certification initiative (UDLCCI).* UDL Symposium. Cambridge, MA.

Basham, J.D., Reid, D., Roth, S. (2018). *UDL: How can the science behind learning inform more effective teaching & space design?* Association for Learning Environments (A4LE). Chicago, IL.

Basham, J.D., Nordmark, S., Parsi, A. & Smith, S. (2018). *Is there an app for that? How your use and purchase of technology can empower or inhibit learning for students with disabilities.* iNACOL, Nashville, TN.

*Basham, J.D. (2018). (Keynote) Supporting the implementation of universal design for learning. KUCRL Learning Conference. Lawrence, KS.

*Basham, J.D. (2018). Supporting the implementation of UDL to advance achievement for all learners. KUCRL Learning Conference. Lawrence, KS.

Christodoulou, J., Basham, J. Corcoran, M., Rappolt-Schlichtmann, G.R. (2018). Brain and environment: Implication for learning. SXSW EDU. Austin, TX.

**Zhang, L. & Basham, J.D. (2018). *Review of personalized learning research: Implication for creating learning environments for learning with diverse needs*. American Educational Research Association (AERA) Annual Meeting. New York, NY.

Carter, R.A. & Basham, J.D. (2018). *Designing Blended Learning Environments that Scaffold Self-Regulated Learning in Students with Disabilities.* Council for Exceptional Children (CEC). Tampa, FL.

*Basham, J., Hardin, S., Mundurf, J. & Marino, M (2018). *Universal design for learning town hall*. Assistive Technology Industry Association (ATIA) Annual Conference. Orlando, FL.

*Basham, J. & Grady, S. (2018). Developing learner centered & personalized learning environments. New Teacher Center Symposium. San Francisco, CA.

*Basham, J.D. & Blackorby, J. (2017). *Universal design for learning in personalized learning: Advancing understanding and implementation.* Edsurge Fusion Conference. San Francisco, CA.

*Davis, D., Basham, J., Zabala, J. & Mundorf, J. (2017). *Universal design for learning.* RtI Innovations Conference. Milwaukee, WI.

*Basham, J.D. & Blackorby, J. (2017). *Supporting social justice through UDL credentialing & certification.* UDL Symposium. Boston, MA

*Jones, L., Basham, J., McLeod, P., Hager, K. (2017). *What ESSA means to you.* SXSWedu. Austin, TX.

*Basham, J.D. & Rose, D. (2017). *Universal design for learning from principle and guidelines to implementation scale and quality.* Oak Foundation Learning Differences Consortium. Chapel

Hill, NC.

Annetta, L., Berkley, S., Basham, J., Marino, M.T., Vasquez, E., Israel, M. (2017). *A decade of video game research for students with disabilities in science education.* NARST, San Antonio, TX.

Marino, M. T., Vasquez, E., & Basham, J. D. (2017). *Preparing special educators to promote college and career readiness in STEM: The iCAN project.* American Educational Research Association Annual Meeting. San Antonio, TX.

Marino, M. T., Basham, J. D., & Vasquez, E. (2017). *Teen career pathway: An analysis of a career preparation video game for middle school students with and without disabilities.* American Educational Research Association Annual Meeting. San Antonio, TX.

*Basham, J.D., Blackorby, J., Carter, R.C., & Rice, M.F., Shiller, E., & Smith, S. (2017). Realities and lessons learned in online and blended learning for students with disabilities. Council for Exceptional Children Annual Convention (CEC), Boston, MA.

*Rose, D., Basham, J.D., Blackorby, J., & Posey, A. (2017). *The present and future of UDL policy, research, and innovation.* Council for Exceptional Children Annual Convention (CEC), Boston, MA.

*Basham, J.D. (2017). *Considering learner variability.* National Academy of Engineering (NAE). Educator Capacity Workshop. Washington, D.C.

Zhang, L. & Basham, J. (2017). P*ersonalized learning: Does it align with UDL?* UDL Implementation and Research Network Summit. Orlando, FL.

*Basham, J., Hall, T., Stahl, S. (2017). *Understanding UDL in personalized learning.* UDL Implementation and Research Network Summit. Orlando, FL.

*Basham, J.D. (2017). (Keynote). *Educating all learners in the age of disruption: The basics of universal design for learning.* TFA Learner Centered Design Conference. Tallinn, Estonia.

*Basham, J.D. (2017). *Key understanding and implementing Universal Design for Learning.* Future of Educational Technology Conference (FETC). Orlando, FL.

*Basham, J.D. (2017). *The future of special education: Promising practices to support students with disabilities in online and blended settings.* Future of Educational Technology Conference (FETC). Orlando, FL.

*Basham, J.D., Zabala, J., Wojcik, B., DeCoste, D. (2017). *UDL town hall.* Assistive Technology Industry Association (ATIA) Annual Conference. Orlando, FL.

*Marino, M. T., Vasquez, E., & Basham, J. D. (2016, November). *Teen Career Pathway. A science, technology, engineering, and mathematics (STEM) career video game pilot study.* Australian Association of Research in Education. Melborne, AU.

*Basham, J. D., Dieker, L. A., Gardner, J. E., Marino, M. T., & Vasquez, E. (2016, November). *Innovative technologies in teacher preparation programs.* Teacher Education Division of the Council for Exceptional Children Annual Conference (TED). Lexington, KY.

Basham, J.D., Stahl, S., Smith, S. (2016). *Interactive session with the center on online learning and students with disabilities: The state of policy, practice, and research.* iNACOL Blended and Online Learning Symposium. San Antonio, TX.

*Basham, J., Mellard, D., Stahl, S. (2016) (Keynote). *What should states and local education agencies be doing about online learning for students with disabilities?* CASE-NASDSE Conference. Milwaukee, WI.

Basham, J., Smith, S., Hall, T., & Stahl, S. (2016). *Equity matters: Digital & online learning for students with disabilities.* OSEP Project Directors Meeting. Washington, D.C.

Marino, M. T., Basham, J. D., Vasquez, E., & Israel, M. (2016, April). *Gaming and learners with disabilities.* Council for Exceptional Children Annual Convention (CEC), St. Louis, MO.

*Krumm, A., Edyburn, D., Basham, J., Carroll, J., & Blackorby, J. (2016). *Personalization, big data, and the changing world of special education.* Council for Exceptional Children Annual Convention (CEC), St. Louis, MO.

*Basham, J., Gardner, J., Blackorby, J., Travers, J. (2016). *Mobile learning for learners with disabilities.* Council for Exceptional Children Annual Convention (CEC), St. Louis, MO.

*East, B., Basham, J., Stahl, S. (2016). *What the center on online learning and SWDs has learned: The journey.* Council for Exceptional Children Annual Convention (CEC), St. Louis, MO.

Stahl, S., Basham, J., Hall, T. (2016). *Supporting self-regulation in blended learning environments: Enhancing personalization for students with disabilities.* Council for Exceptional Children Annual Convention (CEC), St. Louis, MO.

Xie, J.P., & Basham, J. (2016). (Poster). *Usability test of smartphone apps and websites.* Council for Exceptional Children Annual Convention (CEC), St. Louis, MO.

Xie, J.P., & Basham, J. (2016). *Exploring how mobile devices help college students with disabilities access news information.* Council for Exceptional Children Annual Convention (CEC), St. Louis, MO.

*Basham, J. (2016). *Born accessible: What state leaders need to know about UDL.* Center for Technology and Disabilities. Webinar.

*Brody, J., Rose, T. & Basham, J. Garcia, S., Zabala, V., Stewart, J. (2016). *Reimagining education: teaching to the edges to reach all learners.* Teach for America's 25th Anniversary Summit. Washington, D.C.

*Basham, J. & McGrath, W. (2016) *Understanding and implementing universal design for learning (UDL): Supporting the development of master learners.* Teach for America's 25th Anniversary Summit. Washington, D.C.

*Basham, J. D., Marino, M. T., DeCoste, D. (2016, February). *Universal design for learning town hall forum.* Assistive Technology Industry Association (ATIA) Annual Conference. Orlando, FL.

*Basham, J. (2015). (Keynote). *Educating all learners in the age of digital disruption.* CITERS Conference 2015. Hong Kong, HK.

*Basham, J. (2015). *STEM for all in practice: The messy realities.* University of Hong Kong. Hong Kong, HK.

*Basham, J. (2015) (Global Thinker). *Engaging all learners & supporting master learners.* Teach For All (TFA) Global Forum. Online.

*Basham, J. & Stahl, S. (2015). *Nine key elements of personalization: Wait, isn't that UDL?* UDL-IRN Summit. Biloxi, MS.

*Rose, D. & Basham, J. (2015). *New frontier(s) in UDL.* CAST UDL Symposium, Wakefield, MA.

*Basham, J. DeCoste, D., & Zabala, J. (2015) *Universal design of learning town hall presentation.* Assistive Technology Industry Association (ATIA). Orlando, FL.

*Basham, J. and Stahl, S. (2015). (Ted Talk*). Understanding the role of UDL in personalized learning.* UDL-IRN Summit. Biloxi, MS.

*Nordmark, S., Basham, J., Johnson, A., McClusker, M. (2015). *Why is UDL key to all markets and products?* Software Information and Industry Association (SIIA) Education Industry Summit. San Francisco, CA.

Basham, J., Stahl, S., Carter, R. (2015) *Support outcomes for all students in personalized learning environments.* American Educational Research Association (AERA). Chicago, IL.

Basham, J., Smith, S., Travers, J, Blackorby, J. & Gardner, J. (2015). *Come all! Town hall on instructional design, technology, and innovation.* Council for Exceptional Children (CEC), San Diego, CA.

Nelson, L.L., & Basham, J. (2015) *A blueprint for UDL: Considering the design of implementation.* Council for Exceptional Children (CEC), San Diego, CA.

Basham, J. Esselman, M., and Nedved, A. (2015). *What works in supporting all students in blended and personalized learning.* International Society for Technology in Education (ISTE), Philadelphia, PA.

Carter, R. & Basham, J. (2015). *Student success in the blended learning environment: Tips and tricks.* International Society for Technology in Education (ISTE), Philadelphia, PA.

Gardner, J. Basham, J., Vasquez, E., Marino, M. (2015). *UDL and evidence-based practices: Measurement and implementation issues.* Council of Learning Disabilities (CLD), Las Vegas, NV.

Basham, J. Smith, S., & Stahl, S. (2015). *Equity matters: Digital & online learning for students with disabilities open discussion.* iNACOL, Orlando, FL.

*Basham. J. & Zabala, J. (2014). *School wide reform and inclusion town hall presentation.* Assistive Technology Industry Association (ATIA). Orlando, FL.

Basham, J. Nordmark, S., Umpstead, B., & Schonberger, L. (2014). *UDL + big data = Personalization.* SXSWedu, Austin, TX.

Basham, J. & Lord, L. (2014). *Introducing the UDL blueprint.* UDL-IRN Summit, Columbia, MD.

Basham, J., Gardner. J., Marino, M., Lowrey, A., & Coy, K. (2014). Overcoming the Barriers to Measuring UDL Implementation. UDL-IRN Summit, Columbia, MD.

Smith, S. & Basham, J. (2014). *The implications of rapid growth of online learning for teacher preparation.* Council for Exceptional Children, Philadelphia, PA.

Kennedy, M. & Basham, J.D. (2014). *Scheduled for 12 rounds: Two researchers debate the role of UDL in special education.* Council for Exceptional Children, Philadelphia, PA

Esselman, M., Basham, J. & Stahl, S. (2014). *The powerful impact of blended, student-centered*

*learning on students with special needs.* iNACOL, Palm Springs, CA.

*Wicks, M., Basham, J., Smith, S., Stahl, S. (2014). *Online learning and students with disabilities: Practitioner, perspectives, research results, and the legal landscape.* iNACOL, Palm Springs, CA.

Johnson, M., Smith, S., Basham, J., & Burdette, P. (2014). *Online learning & students with disabilities: Storm clouds & silver linings.* International Society for Technology in Education (ISTE), Atlanta, GA.

*Basham, J.D. & Edyburn, D. (2014). *Technology and rapid change: How do we respond?* Office of Special Education (OSEP) Project Directors. Washington, DC.

*Basham, J.D. (2014). *UDL and considerations for STEM education.* Center on Online Learning and Students with Disabilities (COLSD) Webinar.

*Basham, J.D. (2013) (Keynote). *Packing the digital backpack: Creating sustainable classrooms.* McGill University- Disability awareness week. Montreal, CA.

*Basham, J.D. & Diedrich, J. (2013). I*nnovation in universal design for learning.* International Society for Technology in Education (ISTE) SETSIG Webinar.

*Basham, J.D., Marino, M., Zabala, J., Yoo, D.J., Smith, S., Dunn, A., Rose, D. (2013). *Innovation and Universal Design for Learning.  I*nternational Society for Technology in Education (ISTE), San Antonio, TX.

Coy, K., Marino, M.T., & Basham, J.D., (2013). *Online Instruction with Universal Design for Learning in the K-8 virtual classroom!* Council for Exceptional Children, San Antonio, TX.

Gardner, J.E., Basham, J.D., Israel, M., Coy, K., Smith, S. (2013).  *Universal Design for Learning: Operationalization, Measurement, and Fidelity of Implementation Issues.* Council for Exceptional Children, San Antonio, TX.

Gardner, J.E., Basham, J., Israel, M. (2013). *The universal design for learning measurement tool.* Council for Exceptional Children, San Antonio, TX.

Smith, S. & Basham (2013). *Technology for Today and Tomorrow: Tools for Home and Classroom. Midwest Behavioral Disorders Symposium, Kansas City, MO.*

Stahl, S., Basham, J. and Smith, S. (2013).  *Plugged into what? Students with disabilities in online learning.* Assistive Technology Industry Association (ATIA) Orlando, FL.

Basham, J., Smith, S., Gardner, J., & Diedrich, J. (2012). *Making universal design for learning (UDL) a reality in research and practice.* Teacher Education Division (TED) of the Council for Exceptional Children, Grand Rapids, MI.

Basham, J., Israel, M, and Marino, M. (2012). *Resources for supporting understanding of STEM education in special education teacher preparation.* Teacher Education Division (TED) of the Council for Exceptional Children, Grand Rapids, MI.

*Basham, J., Smith, S., & Ralabate, P. (2012). *Making universal design for learning (UDL) a reality in research and practice.* Council for Exceptional Children Annual Convention, Denver, CO.

*Basham, J., Rose, D. Edyburn, D., & Marino, M. T. (2012). *Supporting UDL: Current and future innovations.* Council for Exceptional Children Annual Convention, Denver, CO.

Basham, J. D., Israel, M., & Marino M. T. (2012). *Cool tools to engage students in STEM education*. Council for Exceptional Children Annual Convention, Denver, CO.

*Bassett, D. S., Basham, J., Wehmeyer, M., & Thoma, C.A. (2012). *Transition-focused secondary engagement: Youth with disabilities succeeding in general education*. Council for Exceptional Children Annual Convention, Denver, CO.

Basham, J. D., & Israel, M. (2012).  *Using gaming, iOS, and universal design for learning to develop an individualized mobile learning system*. Digital Media and Learning Conference, San Francisco, CA.

Basham, J. D. Israel, M., Edyburn, D., Gardner, J., & Marino, M. (2011). *The interactive field investigation guide (iFIG): Designing a mobile learning system for diverse learners*. Teacher Education Division (TED) of the Council for Exceptional Children, Austin, TX.

Basham, J. D., & Diedrich, J.  (2011). *The past and future of UDL and the UDL-IRN.* Annual UDL-IRN Meeting, Rosemont, IL.

Basham, J. D. Lowrey, A., Zabala, J., & Domings, Y. (2011*). Understanding UDL for low-incidence populations*. UDL Summit for Low Incidence Disabilities, Columbus, OH.

*Basham, J. D., & Smith, S. (2011). *Meaningful access to all students: UDL implementation and research*. Office of Special Education Programs (OSEP) Mega-Meeting, Washington, DC.

Basham, J. D., & Israel, M. (2011). *Project iFIG: Developing a personalized pedagogical smart system*. Office of Special Education Programs (OSEP) Project Directors Conference, Washington, DC.

Marino, M. T., White, D., Norton, D., Quinn, B., & Basham (2011). *Designing middle school science games for students who struggle with reading*. Games+Learning+Society Seventh Annual Conference, Madison, WI.

Basham, J. D., & Marino, M. (2011). *Using video games to help students with learning disabilities and other at-risk students succeed in secondary science classes*. National Science Teacher Association, San Francisco, CA.

*Basham, J. D., Marino, M., Israel, M., & Gardner, J. (2011). *Using Technology to Support Science, Technology, Engineering, and Mathematics (STEM) for All*. Council for Exceptional Children Annual Convention, Washington, DC.

*Basham, J. D. (2011). *Universal design for learning: Looking toward the future*. International Society for Technology in Education, SETSIG Forum, Philadelphia, PA.

Basham, J. D., Israel, M., & Gardner, J. (2010). *Informing teacher preparation on the integration of UDL & STEM Education: The STEM for All Initiative*. Teacher Education Division (TED) of the Council for Exceptional Children, St. Louis, MO.

*Basham, J. D. (2010). *Partnerships to support UDL initiatives.* Office of Special Education Programs (OSEP) Mega-Meeting, Washington, DC.

Marino, M., & Basham, J., Elam, M., & Bullard, D. (2010). *Using technology to enhance Science, Technology, Engineering, & Mathematics (STEM) learning.* Council for Exceptional Children Annual Conference, Nashville, TN.

*Edyburn, D. L., Basham, J. D., Gardner, J., & Wissick, C. (2010). *Strategies for rethinking technology implementation within Response to Intervention models*. Council for Exceptional Children Annual Conference, Nashville, TN.

Basham, J., Edyburn, D., Gardner, J., & Wissick (2009). *Universal design for learning: Technology tools and special education teacher preparation.* Teacher Education Division (TED) of the Council for Exceptional Children, Charlotte, NC.

*Basham, J. (2009). *Universal design for learning & inclusive practices*. National Symposium on Universal Design for Learning (UDL) and Inclusive Practices, Washington, DC.

*Smith, S., & Basham, J. (2009). *Universal design for learning and technology tools that support faculty and teacher instruction.* U.S. Department of Education: Office of Special Education Program, Project Directors Conference, Washington, DC.

*Smith, S., Basham, J., & Gardner, J. (2009). *Universal design for learning and its application for teacher preparation.* U.S. Department of Education: Office of Special Education Program, 325T National Webinar.

*Basham, J. (2009). *Universal design for learning within Response to Intervention.* Louisiana Human Development Center Institute, New Orleans, LA.

Carnahan, C., & Basham, J. (2009). *Scientifically based practices: Locating, implementing, and ongoing progress monitoring*. Council for Exceptional Children Annual Conference, Seattle, WA.

Gardner, J., Edyburn, D., Basham, J., & Smith, S. (2008). *Universal design for learning and technology tools support faculty and teacher instruction*. Teacher Education Division (TED) of the Council for Exceptional Children, Dallas, TX.

Carnahan, C., Basham, J. D., & Lowrey, K. A. (2008). *Becoming a critical consumer and implementer of evidence-based practices: Practical strategies for classroom teachers*. Council for Exceptional Children Annual Conference, Boston, MA.

Basham, J. D., Lowrey, K. A., Gardner, J. E., & Jones, M. (2008). *Computer-mediated collaboration: Using the web to contextualize representational issues in general and special education practice*. American Educational Research Association, New York, NY.

Basham, J. D., & Lowrey, K. A. (2007). *Online asynchronous and synchronous conferencing in special education teacher preparation*. Teacher Education Division (TED) of the Council for Exceptional Children, Milwaukee, WI.

Lowrey, K. A., Basham, J. D., & Carnahan, C. (2007). *Preparing teachers to become critical consumers of research: Directions for the future.* Teacher Education Division (TED) of the Council for Exceptional Children, Milwaukee, WI.

Basham, J. D., Edyburn, D. L., Lowrey, K. A., & Wissick, C. (2007). *Response to Intervention and three instructional design interventions (UDL, UbD, and DI).* Council for Exceptional Children Annual Conference, Louisville, KY.

Basham, J. D., Ching, C., Espelage, D. L., Edyburn, D. L., Shriner, J., & Hund, A. R. (2006). *A model for scaling-up technology integration*. Annual Meeting of the American Educational Research Association, San Francisco, CA.

Jones, M., Li, M., & Basham, J. (2006). *Perspectives on the co-teaching model for adolescents with learning disabilities.* Council for Exceptional Children Annual Conference, Salt Lake City, UT.

Basham, J. D., Lowrey, K. A., Jones, M. L., & Huffman, D. (2006). *Making use of the net: Internet based videoconferencing and online conferencing tools in teacher preparation*. Society of Information Technology & Teacher Education, Orlando, FL.

Basham, J., & Lowrey, A. (2005). *Developing a videoconferencing over IP collaborative network for special education teacher preparation*. TAM/TED Annual Conference, Portland, ME.

Basham, J. D., & Jones, M. L. (2005). *Online, on campus, in field: A hybrid course model for preparing teachers*. Council for Exceptional Children Annual Conference, Baltimore, MD.

Basham, J. D., & Jones, M. L. (2005). *The design and integration of an online and on-campus hybrid course model*. Annual Conference of the Society for Information Technology & Teacher Education, Phoenix, AZ.

Basham, J. D., & Jones, M. L. (2005*). Online, on campus, in field: A hybrid course model for preparing teachers*. The Association of Teacher Educators, Chicago, IL.

Basham, J. D., Palla, A., & Pianfetti, E. S. (2004). *An online training model: Preparing tomorrow's teachers to use technology*. Annual Conference of the Society for Information Technology & Teacher Education, Atlanta, GA.

Basham, J. D., Lowrey, K. A., Pianfetti, E. S., & Palla, A., (2004). *Technology & identity: Connecting value orientation, personal history, and culture to computers in education*. Annual Conference of the Society for Information Technology & Teacher Education, Atlanta, GA.

Ching, C.C., Basham, J., Jang, E. Vigdor, L., & Parisi, J. (2004). *Technology in pre-service teachers' everyday lives and narrative autobiographies*. Annual Conference of the Society for Information Technology & Teacher Education, Atlanta, GA.

Basham, J. D., Lowrey, K. A., Palla, A., & Pianfetti, E. S. (2004). *Building technology integration in the preservice curriculum: An online and experiential model*. Council for Exceptional Children Annual Conference, New Orleans, LA.

Palla, A., & Basham, J. D. (2004). Creating online learning and professional development applications with Flash MX. National Educational Computing Conference, New Orleans, LA.

Basham, J. D., & Smeltzer, A. (2003). *Teaching teachers technology: Developing technology integration within a NETS aligned framework*. Annual Conference of the Society for Information Technology & Teacher Education, Albuquerque, NM.

Ching, C. C., & Basham, J. (2003). *Artifacts and identity: Technology objects and the lived experience of young adults*. Annual meeting of the American Educational Research Association Annual Meeting, Chicago, IL.

Yell, M. L., Shriner, J. G., Angle, M., & Basham, J. D. (2002). *Addressing needs and supports of educational reform for students with disabilities*. Council for Exceptional Children, New York, NY.

Basham, J. D. (2002). *Technology integration: What it means for our students and teachers.* Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

Yell, M. L., Shriner, J. G., & Basham, J. D. (2001). *IDEA partnerships: Early data and update on Project ANSER*. Council for Exceptional Children Annual Conference, Kansas City, MO.

Shriner, J. G., Yell, M. L., & Basham, J. D. (2001). *A behavior look at access to the general curriculum: How are we doing?* Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

Basham, J. D. (1999). *Illinois teacher certification.* Council for Exception Children Governmental Relations Forum, Washington, DC.

*McIntire, J., & Basham, J. D. (1998). *IDEA 1997: The IEP process.* Council for Exceptional Children Convention, Minneapolis, MN.

*Basham, J. D. (1998). *The Corey H. ruling and possible effects on teacher certification.* Council for Exception Children Governmental Relations Forum, Washington, DC.

**Selected Government, Corporate, & Sponsored Presentations (all invited)**

*Basham, J. D. (June, 2019) (Keynote). Using the science of learning to move beyond the mythical average learner. Classroom Redesign & Innovation Symposium. Steelcase, Inc. New York, NY.

*Basham, J. & Smith, S. (December, 2016) (U.S. Senate Briefing). *Briefing: Online learning for students with disabilities.* The U.S. Senate Committee on Health, Education, Labor, and Pension (HELP). Washington D.C.

*Basham, J.D., Neved, A., Kemble, J., & Barr, P. (July 2016). (Keynote). *A new learning experience realized.* BbWorld. Las Vegas, NV.

*Basham, J. Smith, S., & Stahl, S. (2015) (Briefing). *Students with disabilities in online education: Findings & priorities.* Office of Special Education Programs.

*Basham, J.D. (2013) (Keynote). Building a personalized learning system: Understanding design for all learners. Vectorform, Royal Oak, MI.

*Basham, J. D. (June, 2010) (Plenary Session). *Case study: Cincinnati STEM partnership*. Higher Education Leadership Summit, Apple, Inc. Stanford University, CA.

*Basham, J. D. (October, 2008). *Understanding universal design for learning: Implications for universities*.  Nuance Software (corporate keynote speaker). Educause Annual Conference, Orlando, FL.

**Regional, State, and Local Presentations (*invited)**

*Basham, J.D., (2018) (Keynote). *Creating engaging learning experiences through universal design for learning.* Association for Learning Environments (A4LE) Kansas City Chapter. Overland Park, KS.

*Basham, J.D. (2018). *(re)Designing education for now and the future.* Hunan Normal University. Lawrence, KS.

*Basham, J.D., (2018). *What is UDL?* Lee Summit R-7 School District Curriculum Team.  Lee Summit, MO.

*Basham, J. (2018). *Understanding UDL Credentialing & California One.* California Inclusion Collaborative. San Jose, CA.

*Basham, J.D., (2017) *Planning for and engaging all learners. Lawrence Public Schools Opening Conference.* Lawrence, KS.

*Basham, J.D. (2017) (Keynote). *The future of special education: Promising practices to support students with disabilities in the modern learning environment.* SWEP Annual Conference. Dallas, TX.

*Basham, J.D. (2017). *What are next steps in shaping your modern learning environment?* SWEP Annual Conference.  Dallas, TX.

*Basham, J. (2016) (Keynote). *Design and use of scientifically based practices in modern learning.* Maryland State Department PLI.

*Basham, J. (2016). *Introduction to Implementation of UDL in K-12 Education.* (Workshop). Infinitec Conference, Wichita, KS.

*Basham, J. & Carter, R. (2016). *Transforming your learning environment with implementation of universal design for learning. Midwest Behavioral Disorders Symposium, Kansas City, MO.*

*Basham, J. (2016). *Future of learning and design for learning.* P.E.O. Sisterhood. Lawrence, KS.

*Basham, J. (2015). Innovations in higher education. Free State Festival, Lawrence, KS.

*Basham, J. (2015). Data and personalized learning. Red Hot Research Interdisciplinary Topics. KU Commons.

*Basham, J. (2015) Implementing UDL in transition and secondary programming. Kansas Transition Coalition.  Lawrence, KS.

*Basham, J. (2015). Understanding and implementing universal design for learning. Illinois Education Association Annual Conference. Normal, IL.

*Basham, J. & Diedrich, J. (2015). Universal design for learning 101 and 102. EUP Fall Educators Institute, EUP Intermediate School District.  Sault Ste Marie, MI.

*Basham, J. & Stahl, S. (2014). Maximizing student self-direction through self-regulation. Michigan Education Achievement Authority, Detroit, MI.

*Basham, J. (2013). Supporting universal design for learning in secondary education and transition. Secondary transition summer institute, Ames, IA.

*Basham, J. (2012). Designing a mobile learning system for diverse learners in STEM education. *CRL Learns*, Lawrence, KS

*Basham, J. (2012). Universal design for learning and cool tools for STEM education. *ALTEC Mobile Learning Conference*, Lawrence, KS

*Basham, J. D., Lowrey, K. A., Israel, M., Zabala, J., & Domings, Y. (2011). *Supporting the scaled practice of universal design for learning (UDL).* Ohio Center for Autism and Low Incidence (OCALI), Columbus, OH.

*Basham, J.D. (2011). *Understanding universal design for learning*. Idaho State Department of Education Student's First Task Force, Boise, ID.

*Basham, J. D. (2011). *Cool tools, STEM education, and universal design for learning*. Winton Woods Technology Summit, Winton Woods, OH.

*Basham, J. D. (2011). *Building successful STEM for all learning environments.* Michigan Association for Computer Users in Learning (MACUL), Detroit, MI.

*Basham, J. D., & Bullard, D. (2011). *Engage ALL students using UDL and digital backpacks in STEM education*. Michigan Association for Computer Users in Learning (MACUL), Detroit, MI.

*Basham, J. D., Meyer, H., & Bullard, D. (2011). *Overview of digital backpacks*. Milford Public Schools STEM Initiative, Milford, OH.

*Basham, J. D., & Meyer, H. (2011). *Engage students with digital backpacks.* Southwest Ohio Science Fair, Cincinnati, OH.

*Basham, J., & Israel. M. (2010). *Cool tools and universal design for learning*. Southwest Ohio STEM Innovation Conference, Cincinnati, OH.

*Basham, J. D., Mayer, H., & Israel, M. (2010).  *Engage students with digital backpacks*.  Southwest Ohio STEM Innovation Conference, Cincinnati, OH.

*Basham, J. D. (2010). *Overcoming learning challenges with technology: Lessons learned at Taft STEM school (Keynote)*. Michigan Technology Directors Meeting, Lansing, MI.

*Basham, J., & Israel. M. (2010). *Instructional coaching in STEM education.* Ohio First Grant. University of Miami Ohio.  Voice of America Campus.

*Basham, J. (2010). *Using universal design for learning (UDL) to support PBL through cool tools*. Southwest Ohio STEM Conference, Cincinnati, OH.

*Basham, J., & Fowler, T. (2010). *Building a STEM elementary school: Conceptions, curricular components and instructional approaches*. Southwest Ohio STEM Conference, Cincinnati, OH.

Basham, J., Fowler, T., Maynard, K., & deNoyelles, A. (2010). *After year one of a PK-8 STEM School: Design, implementation, and lessons learned*. Ohio E-Tech, Columbus, OH.

Basham, J., Meyer, H., Perry, E., & Johnson-Towles, L. (2010). *Digital backpacks, problem-based learning, and 21st century skills*. Ohio E-Tech, Columbus, OH.

Basham, J., Browsh, G., & Roberts, J. (2009). *Design & implementation of a K-8 stem program of excellence*. Ohio E-Tech, Columbus, OH.

*Basham, J. D. (2007). *A foundation for practice: Integrating universal design for learning (UDL), understanding by design (UbD), and differentiated instruction (DI) (Keynote Address)*. Cuyahoga Special Education Service Center, Valley View, OH.

*Basham, J. D. (2007). *A working understanding of universal design for learning (UDL) and assistive technology (AT): Similarities and differences*. Southwestern Ohio Special Education Regional Resource Center (SWOSERRC) & Cincinnati Educational Television (CET), Cincinnati, OH.

*Basham, J. D. (2001). *Illinois special education teaching standards*. Illinois State Board of Education Forum, Des Plaines, IL.

*Basham, J. D. (2000). *Testify to Illinois State Board of Education*. Illinois Special Education Certification, Springfield, IL.

*Basham, J. D. (1999*). Illinois special education teaching standards*. Illinois State Board of Education Forum, Springfield, IL.

*Basham, J. D. (1997). *What's happening in Washington?* Illinois Council for Exceptional Children Fall Convention, Arlington Heights, IL.

*Basham, J. D. (1997). *What's happening in Springfield?* Illinois Council for Exceptional Children Fall Convention, Arlington Heights, IL.


## UNIVERSITY TEACHING

**University of Kansas: School of Education**                    2011-Present

SPED 998: Advanced Research and Practice in Universal Design for Learning
SPED 980: Cross-Specialization Seminar II
SPED 936 Cross-Specialization Seminar I: Conceptual Issues in Special Education
SPED 998: Understanding, Analysis, and Sustainable Implementation of Instructional Design and Technology for Diverse Learners
SPED 841: Advanced Methods and Assessment: Learning Strategies and Content Enhancement (online and face-to-face)
SPED 326: Teaching Exceptional Children & Adolescents in General Education Settings
SPED 507: Adolescents with Disabilities in the Middle/Secondary General Classroom

**University of Cincinnati: Division of Teacher Education**                    2006-2011
 CI 921: Mentored Research in Curriculum & Instruction
 SPED 952: Professional Seminar in Teacher Education II (Prosem II) Diversity of Learners and
   School Processes (includes research methods survey).
 SPED 902: Research in Special Education: Foundations and Application
 SPED 878: Master's Project Guidance II
 SPED 787: Supporting Social/Emotional Development
 SPED 786: Master's Project Guidance I
 SPED 778: Classroom Structure/Behavior Management for Special Education
 SPED 705: Advanced Assistive Technology (AT) and Universal Design for Learning (UDL).
 SPED 632: Individual Diversity: Secondary Education
 SPED 601: Special Education and the Law
 SPED 533: Assessment and Evaluation in Special Education
 SPED 532: Management of Challenging Behavior
 SPED 519  Universal Design for Learning (UDL) and Assistive Technology (AT).
 SPED 507: Individual Diversity: Middle School


**Eastern Illinois University: Department of Special Education**              2002-2006
 SPED 5133: Applied Behavior Analysis
 SPED 4901: Methods Practicum for Individuals with Exceptional Learning Needs
 SPED 3700: Individualized Independence Curriculum and Materials
 SPED 3500: The Education of Individuals with Exceptional Learning Needs:  Access to the General
 Curriculum
 SPED 3600: Behavioral Principles in Special Education
 SPED 3200: Learning Differences of Individuals with Mild/Moderate Exceptional Learning Needs
 SPED 3000: Education of Individuals with Exceptional Learning Needs
 SPED 2000: Disabilities in the Context of Education and the Life Span

S<small>ERVICE</small>

**Editorial Service**

| | |
|---|---|
| *Advancing Inclusive and Special Education in the Asia-Pacific. Singapore: Springer (Series Book Editor)* | 2017-Current |
| *Journal of Special Education Leadership: Online Learning. Topical Issue (Co-Guest Editor)* | 2015-2016 |
| *Journal of Special Education Technology: Online Learning. Topical Issue (Co-Guest Editor)* | 2015-2016 |
| *Educational Policy (Reviewer)* | 2015-2016 |
| *Focus on Autism and Other Developmental Disabilities (Reviewer)* | 2015-2016 |
| *Exceptionality (Reviewer)* | 2015 |
| *Remedial and Special Education* (Reviewer) | 2014-Current |
| *Journal of Special Education Technology: Science, Technology, Engineering, & Mathematics Topical Issue* (Co-Guest Editor) | 2009-2010 |
| *Journal of Educational Computing Research* Review Board (Reviewer) | |
| *Journal of Special Education Technology* Editorial Board (Reviewer) | 2007-2011 |
| *Journal of Special Education Technology* (Guest Reviewer) | 2006-Current |
| Illinois Teacher Education Division of CEC Newsletter (Editor) | 2005-2006 |

**Advisory Board/Technical Work Group**

| | |
|---|---|
| Office of Educational Technology (OET) (NETP 2016). Advised and Wrote the NETP 2016. | 2015-2016 |
| South by Southwest EDU (SxSWedu) Advisory Board. | 2014-Current |
| Software Information Industry Association (SIIA) EIS Innovation Incubator (Advisor/Judge). | 2014-2018 |
| Landmark College (NSF-REAL) – Online Social Presence | 2015 |
| George Mason University (NSF-REAL) STEM-up Serious Gaming | 2014-2018 |
| Boston Museum of Science (NSF) Creating Museum STEM Media for Everyone (CMME) | 2014-2018 |

**International/National Leadership**

| | |
|---|---|
| Technology and Media Division (TAM-CEC) Member-at-Large | 2015-2018 |
| Universal Design for Learning Implementation and Research Network (UDL-IRN*)* (Co-Founder) | 2010-Current |
| International Society for Technology in Education (ISTE) Special Education Technology SIG (President) | 2012-2013 |
| International Society for Technology in Education (ISTE) Special Education Technology SIG (President-Elect) | 2011-2012 |
| International Society for Technology in Education (ISTE) Special Education Technology SIG (Vice President) | 2010-2011 |
| National CEC Advocacy & Governmental Relations Committee | 1998-2001 |

**State Level Leadership**

| | |
|---|---|
| Ohio STEM Learning Network (OSLN) Representative | 2008-2009 |
| Convention Committee Illinois Council for Exceptional Children (Chair) | 2005-2007 |
| Illinois Teacher Education Division of CEC Webmaster | 2000-2006 |
| Illinois Teacher Education Faculty Forum (Technology Coordinator) | 2000-2006 |
| Illinois Teacher Education Division of CEC Governmental Relations | 2000-2001 |
| Bylaws & Governance: Illinois Council for Exceptional Children | 2000-2001 |
| Special Education Teaching Standards Advisory Panel (Phase II); Illinois State Board of Education | 1999-2000 |
| Professional Standards Committee: Illinois Council for Exceptional Children | 1998-1999 |
| Finance Committee: Illinois Council for Exceptional Children | 1998-1999 |
| Illinois State Board of Education: Special Education Teaching Standards Advisory Panel (Phase I) | 1998-1999 |
| Governmental Relations Committee (Committee Chair): Illinois Council for Exceptional Children | 1997-1998 |
| Governmental Relations Committee (Committee Co-Chair): Illinois Council for Exceptional Children | 1996-1997 |

**University of Kansas Leadership & Committee Work** — 2015-Current

| | |
|---|---|
| Campus: KUCR Faculty Intellectual Property Committee | 2014-Current |
| Campus: KU Vision 2070 | 2015-2017 |
| Campus: HHMI STEM Fund Team | 2011-2017 |
| Campus: KU IT Faculty Consultation Group | 2011-2015 |
| College: Technology Committee | 2012-2015 |
| Campus: Teaching and Learning Technology Leadership Team | 2012-Current |
| Department: Leadership Committee (Co-Chair) | 2012-2016 |
| Department: Admissions | 2012-Current |
| Department: Chairs Advisory Council | 2011-2012 |
| Department: Marketing Advisory Committee | 2011-2012 |
| Department: Department Chair Search Committee | 2011-2012 |
| Department: Personnel Committee | 2015-Current |

**University of Cincinnati Leadership & Committee Work**

| | |
|---|---|
| FUSION: Science Technology Engineering Mathematics (STEM) Research and Outreach Center (Leadership Team) | 2007-2011 |
| Special Education Search Committee (Chair) | 2006-2011 |
| College: Technology Professional Practice Board (Chair) | 2006-2011 |
| Campus: Faculty Senate IT Advisory Committee | 2006-2011 |
| Program: Special Education Program Curriculum Committee | 2006-2011 |
| Division: Educational Technology Search Committee | |

**Eastern Illinois University Leadership & Committee Work**

| | |
|---|---|
| Campus Web Committee: Advisory Committee to Webmaster and Instructional Technology Services | 2005-2006 |
| College of Education & Professional Studies Technology Committee | 2005-2006 |
| Department of Special Education Curriculum Committee | 2002-2006 |

**University of Illinois Urbana-Champaign Leadership & Committee Work**

| | |
|---|---|
| Student Information Technology Advisory Board to CIO; University of Illinois | 2003-2005 |
| College of Education Webmaster Committee | 2002-2003 |
| College of Education Technology Committee | 2000-2001 |
| Department of Special Education Curriculum Committee | 2000-2001 |
| Department of Special Education Technology Committee | 1999-2002 |

**Regional School-Based Service Leadership & Committee Work**

| | |
|---|---|
| Horizon Academy, Professional Advisory Board, Member | 2012-2014 |
| Southwestern Ohio Special Education Regional Resource Center (SWOSERRC) AAC & Assistive Technology Task Force | 2006-2011 |
| Southwestern Ohio Special Education Regional Resource Center (SWOSERRC) Task Force | 2007-2009 |
| Champaign Rural Special Education Cooperative: Program Improvement | 2005 |
| Rockford Public Schools Technology Development Team | 1998-1999 |
| Rockford Public Schools Discipline Committee | 1998-1999 |
| Rockford Public Schools & Rockford Education Association Special Education Conditions Committee | 1997-1998 |
| Cherry Valley Elementary School Technology Team. (Chair) | 1997-1999 |
| Winnebago School District Technology Team (Chair) | 1996-1997 |
| Winnebago School High School Inclusion and Collaboration Team | 1996-1997 |

### SELECTED HONORS, DISTINCTIONS, AND FELLOWSHIPS

| | |
|---|---|
| Technical Work Group, Office of Educational Technology (OET). U.S. Department of Education. | 2015 |
| Distinguished Alumni, Leadership and Service Award. College of Education and Professional Studies. Eastern Illinois University | 2013 |
| Invited Advisor, Creating Museum Media for Everyone (CMME). Boston Museum of Science. National Science Foundation-Funded STEM Project. | 2012 |
| Merit Recognition for Performance. College of Education, Criminal Justice, and Human Services. University of Cincinnati. | 2010-2011 |
| Co-Guest Editor, Journal of Special Education Technology, Topical Issue on STEM Education for Individuals with Disabilities. | 2010 |
| Award, Excellence in Research & Scholarship in Technology Award Eastern Illinois University | 2005 |
| Award, Award, Excellence in Teaching & Use of Technology Eastern Illinois University | 2004 |
| Fellowship, Graduate Student Research Fellowship University of Illinois Urbana-Champaign | 2000-2002 |
| Invited Advisor, Recognition of Professional Service on Certification Illinois State Board of Education | 2000 |
| Award, Recognition of Excellence in Service (one million in external funding) Rockford Public Schools: Grants and Entitlements Department | 1999 |
| Invited Advisor, Recognition of Professional Service on Certification Illinois State Board of Education | 1999 |
| Award, Scholarship, Leadership, and Service Award Eastern Illinois University: Graduate School | 1995 |

### PROFESSIONAL AFFILIATIONS

- American Educational Research Association (AERA)
- Council for Exceptional Children (CEC)
- International Society for Technology in Education (ISTE)
- Universal Design for Learning Implementation and Research Network (UDL-IRN)

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen