# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al., *Plaintiffs*, v. KIM REYNOLDS et al., *Defendants*. | Case No. 4:21-cv-264 <br><br> **SUPPLEMENTAL DECLARATION OF CHARMAINE ALEXANDER** |

COMES NOW, Charmaine Alexander and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. Following this Court's decision granting the temporary restraining order, the Johnston school board met to review their masking policy.

2. On September 21, 2021, the Board voted to implement a district wide universal mask mandate.

3. The mandate includes all students, staff, and visitors, regardless of vaccination status, and was effective as of September 23, 2021.

4. I am glad the Board took this important step to protect children, like C.B., who are at high risk of severe illness or complications from COVID-19.

5. Prior to this mandate, C.B. was one of a few students who wore a mask at school, this made him feel anxious and distracted from his schoolwork. Now he will feel more comfortable masking at school, and this will also allow him to focus on his education while at school.

6. With universal masking in place, I feel much safer sending my child to school in person. My child is no longer having to take greater – and unnecessary risks- than other students to get his education.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 23 day of September 2021, at Urbandale, Iowa.

_____
Charmaine Alexander

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen