## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

THE ARC OF IOWA et al.,

    *Plaintiffs,*

v.

KIM REYNOLDS et al.,

    *Defendants.*

Case No. 4:21-cv-264

**SUPPLEMENTAL DECLARATION
OF LISA HARDISTY
SITHONNORATH**

COMES NOW, Lisa Hardisty Sithonnorath and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. Following this Court's decision granting the temporary restraining order, the Des Moines school board met to review their masking policy.

2. On September 14, 2021, the Board voted to implement a district wide mask mandate in the Des Moines Public Schools ("DMPS").

3. The DMPS mask mandate includes all students, staff, and visitors, regardless of vaccination status, and was effective as of September 15, 2021.

4. I am glad the Board took this important step to protect children, like A.S., who are at high risk of severe illness or complications from COVID-19.

5. Because of A.S.'s medical and cognitive issues, she often mimics behavior and cannot follow instructions easily. With universal masking, A.S. feels more comfortable wearing a mask in school. When she sees other students and staff wearing masks it is easier for her to mimic those behaviors, as she can follow guidelines better when others are doing so as well.

1

6. I have also been informed that the teachers are enforcing proper masking in the classrooms, which is reassuring.

7. With universal masking in place, I feel a sense of relief, and believe that my child is much safer returning to school in person. My child is no longer having to take greater – and unnecessary risks- than other students to get her education.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 25 day of September 2021, at Des Moines, Iowa

Lisa Hardisty Sithonnorath

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk

of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen