# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al., <br><br> *Plaintiffs*, <br> v. <br><br> KIM REYNOLDS et al., <br><br> *Defendants*. | Case No. 4:21-cv-264 <br><br> **SUPPLEMENTAL DECLARATION OF HEATHER LYNN PRESTON** |

COMES NOW, Heather Lynn Preston and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. Following this Court's decision granting the temporary restraining order, the Des Moines school board met to review their masking policy.

2. On September 14, 2021, the Board voted to implement a district wide mask mandate in the Des Moines Public Schools ("DMPS").

3. The DMPS mask mandate includes all students, staff, and visitors, regardless of vaccination status, and was effective as of September 15, 2021.

4. I am glad the Board took this important step to protect children, like S.P. and M.P., who are at high risk of severe illness or complications from COVID-19.

5. It is also reassuring that the teachers are enforcing proper mask wearing which makes me feel that my children are safe in school and gives me peace of mind.

6. My children also feel much safer being in school with masks.

7. Until now S.P. has avoided any after school activities and clubs to minimize his risk of infection. With universal masking in place, he feels much safer and will now be able to attend these after school activities.

1

8. With universal masking in place, I feel much safer sending my children to school in person. My children no longer having to take greater – and unnecessary risks- than other students to get their education.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 24th day of September 2021, at Des Moines, Iowa.

*Heather Preston*
Heather Lynn Preston, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen

Scanned with CamScanner