IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIM REYNOLDS et al., <br><br> Defendants. | Case No. 4:21-cv-264 <br><br> **SUPPLEMENTAL DECLARATION OF MELISSA HADDEN** |

## SUPPLEMENTAL DECLARATION OF MELISSA HADDEN

COMES NOW, Melissa Hadden and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Melissa Hadden, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. Before the judge issued the temporary restraining order banning enforcement of HF 847, my child, V.M.H., was exposed to COVID-19. Another student in my child's classroom tested positive for COVID-19. No teacher or student in my child's classroom was wearing a mask. As a result of my child's direct exposure to COVID-19 at school, I was forced to quarantine my child at home starting August 31, 2021. My child's doctor recommends that one-on-one or home learning is safest at this time due to my child's medical conditions, my child's increased susceptibility to COVID-19, and the increased rate of spread of COVID-19 in my community.

3. Since the judge issued the temporary restraining order banning enforcement of HF 847, the Council Bluffs School District my child, V.M.H., attends school on September 14, 2021, communicated that it "expect[s] all students, staff and visitors to wear masks at

1

school during school hours when physical distancing is not possible" effective on September 15, 2021.

4. I am currently working with the school on a plan for my child to return to school, specifically additional accommodations that would make it safer for her to attend school.

5. In the meantime, my child will return to in person learning for her special education coursework after the school day has ended and will work with a teacher who is masked.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dates this 26 day of September 2021, at Council Bluffs, Iowa.

*Melissa Hadden*
Melissa Hadden, Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen