IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al., <br><br>　　　　　*Plaintiffs,* <br><br>　v. <br><br> KIM REYNOLDS et al., <br><br>　　　　　*Defendants.* | Case No. 4:21-cv-264 <br><br> **SUPPLEMENTAL DECLARATION OF JONATHAN CRAIG** |

COMES NOW, Jonathan Craig and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Jonathan Craig, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. Since the judge issued the temporary restraining order banning enforcement of HF 847, the Waterloo School District my children, E.C. and J.C., attend school passed a temporary mask mandate on September 17, 2021. The mandate applies to pre-K through fifth grade students and was effective on September 20, 2021. The mandate is only in effect for one week and ends on September 24, 2021. During the week of September 20th, the school district will work on establishing a metric system that would be released on September 24th at the end of the day that would detail the next steps at the elementary building level.

3. I am relieved and am grateful that because of the judge's temporary restraining order the school district has passed a mask mandate, which is one of the necessary accommodations that my children need to safely attend school.

1

4. My children are enrolled in 100% online learning through the school district. E.C. still has still not been able to do any schoolwork online due to her significant disabilities and inability to use a computer. J.C. continues to do schoolwork online. However, J.C. is falling behind grade level in math, and my wife and I are considering hiring a tutor to assist him.

5. The school district needs to put in place a mask mandate that would last longer than one week so that our family can plan a stable education experience for our children for this semester. With the mask mandate ban law blocked and should the request for a preliminary injunction be granted, there is and will continue to be a path moving forward for us to pursue a longer mask mandate with the school district. Once a longer mask mandate is in place, I would feel comfortable sending my children back to school in person.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dates this 26 day of September 2021, at Waterloo, Iowa.

_____
Jonathan Craig, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen