# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al., <br><br> *Plaintiffs*, <br> v. <br><br> KIM REYNOLDS et al., <br><br> *Defendants*. | Case No. 4:21-cv-264 <br><br> **SUPPLEMENTAL DECLARATION OF REBEKAH STEWART** |

COMES NOW, Rebekah Stewart and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Rebekah Stewart, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. Since the judge issued the temporary restraining order banning enforcement of HF 847, the Linn-Mar School District where my child, E.M.S., attends school passed a mask mandate on September 16, 2021. The mandate applies to pre-K through 6th grade students and was effective starting on September 20, 2021. The mandate is scheduled to expire 60 days after the COVID-19 vaccine is available for children ages 5 to 11 years old. There is an exemption for students with medical conditions if there is a signed note by the doctor submitted to the school principal.

3. The school district is also being flexible about families who want to open enroll in the district or switching between online and in-person learning platforms.

4. My child feels much better being in school where all students and teachers wear masks. My child has sensory issues with wearing masks and can go outside the school for mask wearing breaks. My child feels safe and accommodated by the school in this regard.

5. While I think there should have been a mask mandate for all grade levels, I am pleased that the school district took this important step to protect children like my child who are at high risk of severe illness or complications from COVID-19.

6. With universal masking in place, I feel much safer sending my child to school in person. My child is no longer having to take greater—and unnecessary risks—than other students to get an education.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dates this 24th day of September 2021, at Cedar Rapids, Iowa.

_____
Rebekah Stewart, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen