# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KIM REYNOLDS et al., <br><br> *Defendants.* | Case No. 4:21-cv-264 <br><br> **SUPPLEMENTAL DECLARATION OF LIDIJA GEEST** |

COMES NOW, Lidija Geest and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. Following this Court's decision granting the temporary restraining order, the Davenport Community school board held a special meeting on September 16, 2021.

2. The Board voted in favor of a district wide mask mandate.

3. The Davenport Community Schools District mask mandate includes all students, staff, and visitors, regardless of vaccination status.

4. The mask mandate was effective as of September 20, 2021.

5. If students don't bring a mask with them to school, teachers are required to provide them with masks. If a student still refuses to wear a mask, they may be sent home.

6. I am glad the Board took this important step to protect children, like K.G., who are at high risk of severe illness or complications from COVID-19.

7. K.G. has told me that his teacher now wears a mask and has also corrected children who were not properly wearing a mask.

8. I am especially glad that the school nurse is now required to wear a mask as she administers K.G.'s inhaler.

1

9. K.G. is also very relieved that he is no longer one of only two students in his class wearing a mask.

10. With universal masking in place, I feel much safer sending my child to school in person. My child is no longer having to take greater – and unnecessary risks- than other students to get his education.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 24 day of September 2021, at Davenport, Iowa.

_____
Lidija Geest, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen