IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| THE ARC OF IOWA et al., | |
|---|---|
| *Plaintiffs*, | Case No. 4:21-cv-264 |
| v. | |
| KIM REYNOLDS et al., | **SUPPLEMENTAL DECLARATION OF CARISSA FROYUM ROISE** |
| *Defendants*. | |

COMES NOW, Carissa Froyum Roise and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Carissa Froyum Roise, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. Before the judge issued the temporary restraining order banning enforcement of HF847, my child's, H.J.F.R.'s, class at the Denver Elementary School had a class overnight trip at a local camp. At the camp, the children in the class slept in several rooms with between two and ten kids without masks except for my child, who stayed in a separate room and was masked. Children in the class later tested positive for COVID-19 and were quarantined. One child who tested positive also eats lunch with my child a few days a week in the classroom. As a result, my child now eats alone a few days a week in the classroom, and the other days each week he eats with another classmate. My child also sits in the back of the classroom next to a child who wears a mask to reduce his risk of exposure to COVID-19. Very few students in my child's classroom wear masks, even

1

though my child's doctor recommends that due to his medical conditions that those around him wear masks in indoor public spaces regardless of their vaccine status.

3. Since the judge issued the temporary restraining order banning enforcement of HF 847, the Denver School District has met for three school board meetings. The school district has made no decision about a mask mandate.

4. On September 24, 2021, my child's test came back positive for COVID-19. Because of this, my child is quarantining and is not attending school.

5. I am relieved and am grateful that because of the judge's temporary restraining order the school district is free to require masks, which is one of the necessary accommodations that my child needs to safely attend school. I am now in a better position to pursue a mask mandate at my child's school as well as pursuing the other accommodations I have been working on with the school district. I am hopeful that once the court issues a preliminary injunction making the temporary order more permanent that my school district would pass a mask mandate.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dates this 25 day of September 2021, at Denver, Iowa.

_Carissa Froyum Roise_
Carissa Froyum Roisé, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen