IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al.,<br><br>Plaintiffs,<br>v.<br><br>KIM REYNOLDS et al.,<br><br>Defendants. | Case No. 4:21-cv-264<br><br>SUPPLEMENTAL DECLARATION OF AMANDA DEVEREAUX |

COMES NOW, Amanda Devereaux and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Amanda Devereaux, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. Since the judge issued the temporary restraining order banning enforcement of HF 847, the Ankeny School District my child, P.D., attends school passed a mask mandate on September 21, 2021. The mandate applies to all students, teachers, and staff and was effective starting on September 23, 2021. The school district has exemptions for students with medical conditions and for students with genuine and sincere religious beliefs. Medical documentation can be submitted in support of a medical exemption. If no medical documentation is submitted with an exemption request, the district reserves the right to ask for additional medical documentation to verify the student's health condition and its impact on the mask requirement.

3. Prior to the mask mandate, few children besides my child wore masks at school. I feel more comfortable now that all children at school are required to wear masks.

1

4. I am pleased that the school district took this important step to protect children like my child who are at high risk of severe illness or complications from COVID-19.

5. With universal masking in place, I feel much safer sending my child to school in person. My child is no longer having to take greater—and unnecessary risks—than other students to get an education.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dates this 24th day of September 2021, at Ankeny, Iowa.

Amanda Devereaux, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen