IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE ARC OF IOWA et al.,<br><br>Plaintiffs,<br>v.<br><br>KIM REYNOLDS et al.,<br><br>Defendants. | Case No. 4:21-cv-264<br><br>**SUPPLEMENTAL DECLARATION OF MICHELLE CROFT** |

COMES NOW, Michelle Croft and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Michelle Croft, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. Since the judge issued the temporary restraining order banning enforcement of HF 847, the Iowa City School District my child, J.J.B., attends school passed a mask mandate on September 14, 2021. The mandate applies to all students, teachers, and staff and was effective starting September 15, 2021. There is an exception for students with certain medical conditions who can fill out and submit a form and a doctor's note to the school nurse. If granted, those students can wear a face shield instead of a face mask.

3. My child feels much better being in school where all students and teachers wear masks.

4. I am pleased that the school district took this important step to protect children like my child who are at high risk of severe illness or complications from COVID-19.

5. With universal masking in place, I feel much safer sending my child to school in person. My child is no longer having to take greater—and unnecessary risks—than other students to get an education.

1

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dates this 24 day of September 2021, at Iowa City, Iowa.

*Michelle Croft*
Michelle Croft, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Date: 9/26/2021

/s/Rita Bettis Austen
Rita Bettis Austen