IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE ARC OF IOWA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIM REYNOLDS, in her official capacity as Governor of Iowa, et al.<br><br>Defendants. | Case No. 4:21-CV-00264-RP-SBJ<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Governor Kim Reynolds and Ann Lebo in the above-captioned case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the district court's order granting Plaintiffs' motion for a preliminary injunction entered in this action on the 8th day of October, 2021.

That order is appealable as an interlocutory order under 28 U.S.C. 1292(a)(1) because the district court granted an injunction.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

JEFFREY S. THOMPSON
Solicitor General

*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
Assistant Solicitor General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 281-4209
sam.langholz@ag.iowa.gov
jeffrey.thompson@ag.iowa.gov

- 2 -

ATTORNEYS FOR DEFENDANTS
GOVERNOR KIM REYNOLDS AND
ANN LEBO

| **PROOF OF SERVICE** |  |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties of record by delivery in the following manner on October 8, 2021: | |
| ☐ U.S. Mail | ☐ Email |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☐ Other |
| ☒ CM/ECF | |
| Signature: */s/ Samuel P. Langholz* | |