# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 08, 2021

Mr. Samuel Paul Langholz and
   Mr. Jeffrey S. Thompson
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

RE:  21-3268  The Arc of Iowa, et al v. Kimberly Reynolds, et al

Dear Counsel:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                       Michael E. Gans
                                       Clerk of Court

CAH

Enclosure(s)

cc:    Ms. Shefali Aurora
      Ms. Rita N Bettis Austen
      Mr. Clerk, U.S. District Court, Southern Iowa
      Mr. Jim T. Duff
      Mr. Thomas J Duff
      Mr. John Arak Freedman
      Ms. Tonya Gerke
      Ms. Catherine Elizabeth Johnson
      Mr. Delayne Johnson
      Ms. Cynthia Ann Miller
      Ms. Leah Denise Patton
      Ms. Shira Wakschlag

      District Court/Agency Case Number(s): 4:21-cv-00264-RP

**Caption For Case Number: 21-3268**

The Arc of Iowa; Charmaine Alexander, Individually and on behalf of C.B.; Johnathan Craig, Individually and on behalf of E.C. on behalf of J.C.; Michelle Croft, Individually and on behalf of J.J.B.; Amanda Devereaux, Individually and on behalf of P.D.; Carissa Froyum Roise, Individually and on behalf of H.J.F.R.; Lidija Geest, Individually and on behalf of K.G.; Melissa Hadden, Individually and on behalf of V.M.H.; Lisa Hardisty Sithonnorath, Individually and on behalf of A.S.; Heather Lynn Preston, Individually and on behalf of M.P. on behalf of S.P.; Rebekah Stewart, Individually and on behalf of E.M.S.; Erin Vercande, Individually and on behalf of S.V.

        Plaintiffs - Appellees

v.

Kimberly Reynolds, In her official capacity as Governor of Iowa; Ann Lebo, In her official capacity as Director of the Iowa Department of Education

        Defendants - Appellants

Ankeny Community School District; Council Bluffs Community School District; Davenport Community School District; Decorah Community School District; Denver Community School District; Des Moines Public Schools; Iowa City Community School District; Johnston Community School District; Linn Mar Community School District; Waterloo Community School District

        Defendants

**Addresses For Case Participants:   21-3268**

Mr. Samuel Paul Langholz,
   Mr. Jeffrey S. Thompson
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Ms. Shefali Aurora,
   Ms. Rita N Bettis Austen,
   Ms. Leah Denise Patton
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA  50309-2316

Mr. Jim T. Duff,
   Mr. Thomas J Duff
DUFF LAW FIRM
Suite 102
4090 Westown Parkway
West Des Moines, IA  50266

Mr. John Arak Freedman
ARNOLD & PORTER
601 Massachusetts Avenue, N.W.
Washington, DC  20001

Ms. Catherine Elizabeth Johnson,
   Ms. Cynthia Ann Miller
DISABILITY RIGHTS IOWA
Suite 1440
666 Walnut Avenue
Des Moines, IA  50309

Ms. Shira Wakschlag
THE ARC OF THE UNITED STATES
Suite 1200
1825 K Street, NW
Washington, DC  20006

Ms. Tonya Gerke
123 E. Walnut Street
Des Moines, IA  50309

Mr. Delayne Johnson
JOHNSON REPORTING SERVICE
913 27th Street
West Des Moines, IA  50265-0000

Mr.  Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000