**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| THE ARC OF IOWA; <br> CHARMAINE ALEXANDER, <br> individually and on behalf of <br> C.B.a minor; JONATHAN CRAIG, <br> individually and on behalf <br> of E.C. and J.C., minors; <br> MICHELLE CROFT, individually <br> and on behalf of J.J.B., <br> a minor; AMANDA DEVEREAUX, <br> individually and on behalf <br> of P.D., a minor; <br> CARISSA FROYUM ROISE, <br> individually and on behalf <br> of H.J.F.R., a minor; <br> LIDIJA GEEST, individually <br> and on behalf of K.G., <br> a minor; MELISSA HADDEN, <br> individually and on behalf <br> of V.M.H., a minor; <br> HEATHER LYNN PRESTON, <br> individually and on behalf <br> of M.P. and S.P, minors; <br> LISA HARDISTY SITHONNORATH, <br> individually and on behalf <br>  of A.S., a minor; <br> REBEKAH STEWART, individually <br> and on behalf of E.M.S., <br> a minor; and ERIN VERCANDE, <br> individually and on behalf of <br> S.V., a minor, <br> <br>     Plaintiff(s), <br> <br> vs. <br> <br> KIM REYNOLDS, <br> in her official capacity as <br> Governor of Iowa; <br> ANN LEBO, in her official <br> capacity as Director of the Iowa <br> Department of Education; <br> ANKENY COMMUNITY SCHOOL <br> DISTRICT; COUNCIL BLUFFS <br> COMMUNITY SCHOOL DISTRICT; <br> DAVENPORT COMMUNITY SCHOOL <br> DISTRICT; DECORAH COMMUNITY <br> SCHOOL DISTRICT; DENVER <br> COMMUNITY SCHOOL DISTRICT; DES <br> MOINES PUBLIC SCHOOLS; <br> IOWA CITY COMMUNITY SCHOOL | Case No. 4:21-cv-264 <br><br> **APPEARANCE** |

```
DISTRICT; JOHNSTON COMMUNITY    )
SCHOOL DISTRICT; LINN MAR       )
COMMUNITY SCHOOL DISTRICT;      )
and WATERLOO COMMUNITY          )
SCHOOL DISTRICT,                )
                                )
            Defendant(s).       )
```

**COMES NOW,** C. Joseph Holland of the law firm Holland, Michael, Raiber & Sittig PLC and hereby enters his Appearance on behalf of Defendant Iowa City Community School District.

   /s/  C. Joseph Holland
C. Joseph Holland #AT0003614
HOLLAND, MICHAEL, RAIBER & SITTIG PLC
123 N. Linn St., Suite 300
Iowa City, IA  52245
(319) 354-0331
jholland@icialaw.com
ATTORNEY FOR DEFENDANT IOWA CITY COMMUNITY SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause in compliance with FRCP 5 on October 13, 2021 by:

☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Federal Express [X] Electronically through CM-ECF
/s/ Crystal Raiber