**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| THE ARC OF IOWA; ) | |
| CHARMAINE ALEXANDER, ) | |
| individually and on behalf of ) | |
| C.B. a minor; JONATHAN CRAIG, ) | |
| individually and on behalf ) | |
| of E.C. and J.C., minors; ) | |
| MICHELLE CROFT, individually ) | |
| and on behalf of J.J.B., ) | |
| a minor; AMANDA DEVEREAUX, ) | |
| individually and on behalf ) | |
| of P.D., a minor; ) | |
| CARISSA FROYUM ROISE, ) | |
| individually and on behalf ) | |
| of H.J.F.R., a minor; ) | |
| LIDIJA GEEST, individually ) | |
| and on behalf of K.G., ) | |
| a minor; MELISSA HADDEN, ) | |
| individually and on behalf ) | |
| of V.M.H., a minor; ) | |
| HEATHER LYNN PRESTON, ) | |
| individually and on behalf ) | |
| of M.P. and S.P, minors; ) | |
| LISA HARDISTY SITHONNORATH, ) | |
| individually and on behalf ) | |
| of A.S., a minor; ) | |
| REBEKAH STEWART, individually ) | |
| and on behalf of E.M.S., ) | |
| a minor; and ERIN VERCANDE, ) | |
| individually and on behalf of ) | |
| S.V., a minor, ) | |
| ) | Case No. 4:21-cv-264 |
| Plaintiff(s), ) | |
| ) | **APPEARANCE** |
| vs. ) | |
| ) | |
| KIM REYNOLDS, ) | |
| in her official capacity as ) | |
| Governor of Iowa; ) | |
| ANN LEBO, in her official ) | |
| capacity as Director of the Iowa ) | |
| Department of Education; ) | |
| ANKENY COMMUNITY SCHOOL ) | |
| DISTRICT; COUNCIL BLUFFS ) | |
| COMMUNITY SCHOOL DISTRICT; ) | |
| DAVENPORT COMMUNITY SCHOOL ) | |
| DISTRICT; DECORAH COMMUNITY ) | |
| SCHOOL DISTRICT; DENVER ) | |
| COMMUNITY SCHOOL DISTRICT; DES ) | |
| MOINES PUBLIC SCHOOLS; ) | |
| IOWA CITY COMMUNITY SCHOOL ) | |

```
DISTRICT; JOHNSTON COMMUNITY    )
SCHOOL DISTRICT; LINN MAR       )
COMMUNITY SCHOOL DISTRICT;      )
and WATERLOO COMMUNITY          )
SCHOOL DISTRICT,                )
                                )
            Defendant(s).       )
```

**COMES NOW**, Crystal Raiber of the law firm Holland, Michael, Raiber & Sittig PLC and hereby enters her Appearance on behalf of Defendant Iowa City Community School District.

/s/ Crystal K. Raiber
Crystal K. Raiber #AT0009768
HOLLAND, MICHAEL, RAIBER & SITTIG PLC
123 N. Linn St., Suite 300
Iowa City, IA  52245
(319) 354-0331
craiber@icialaw.com
ATTORNEY FOR DEFENDANT IOWA CITY COMMUNITY SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause in compliance with FRCP 5 on October 13, 2021 by:

☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Federal Express [X] Electronically through CM-ECF

/s/ Crystal Raiber