# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3268

The Arc of Iowa, et al.

Appellees

v.

Kimberly Reynolds, In her official capacity as Governor of Iowa and Ann Lebo, In her official capacity as Director of the Iowa Department of Education

Appellants

Ankeny Community School District, et al.

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00264-RP)

---

**ORDER**

Appellants' motion to expedite the briefing and oral argument in this appeal has been considered by the court, and the motion is granted. Appellants' brief, addendum and appendix are due October 18, 2021, and Appellees' brief is due November 5, 2021. Appellants' reply brief is due November 10, 2021.

The matter will be set for oral argument during the week of November 15-19, 2021, in Omaha, Nebraska. The parties will be notified of the date and time of argument.

October 15, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans