**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA**
**OFFICE OF THE CLERK**
**P. O. BOX 9344**
**DES MOINES, IA. 50306-9344**
**515-284-6248**

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

**Case Name:** _____ vs. _____

**District Court Case #** \_\_\_\_:\_\_\_\_- cv - _____

**Appeal Fee ($505.oo) Status**   Pd\_\_\_   IFP\_\_\_   Pending \_\_\_   Govt. Appeal \_\_\_

**Counsel  Appointed** \_\_\_\_   **CJA** \_\_\_\_   **Retained** \_\_\_\_   **Pro Se**\_\_\_\_

**Appeal filed by  Counsel**\_\_\_\_   **Pro Se**\_\_\_\_

**Any reason why counsel should not be appointed** _____

**Pending post Judgment motions:**   Yes\_\_\_   No\_\_\_

**Type of Motion(s)** _____

**High Public Interest Case**   Yes\_\_\_\_\_   No\_\_\_\_\_

**Simultaneous Opinion Release Requested**   Yes\_\_\_\_   No\_\_\_\_

**Trial  Held**   Yes\_\_\_\_\_   No\_\_\_\_\_

**Jury Trial  Held**   Yes\_\_\_\_\_   No\_\_\_\_\_

**Court Reporter**   Yes \_\_\_\_   No\_\_\_\_\_   **Length of Trial** _____

**Reporter's  Name** _____

**Address** _____

_____

**Phone** _____

<u>**Appealing:**</u>   **Order prior to final judgment** \_\_\_\_   **Final Judgment**\_\_\_\_