IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| The Arc of Iowa, et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>Kim Reynolds, et al.<br><br>Defendant(s). | Case No.  4:21-cv-264<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>**LOCAL RULE 83(1)(D)(3)** |

\_\_\_\_Susan Phyllis Mizner\_\_\_\_, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of \_\_\_\_all plaintiffs\_\_\_\_, _____.

\_\_\_\_Susan Phyllis Mizner\_\_\_\_ is a member in good standing of the bar of \_\_\_\_California\_\_\_\_ and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

\_\_\_\_Susan Phyllis Mizner\_\_\_\_ agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with \_\_\_\_Rita Bettis Austen\_\_\_\_, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

/s/\_\_\_\_Susan Phyllis Mizner\_\_\_\_
\_\_\_\_Susan Phyllis Mizner\_\_\_\_
\_\_\_\_American Civil Liberties Union\_\_\_\_
\_\_\_\_31 Drumm Street\_\_\_\_
\_\_\_\_San Francisco, CA 94111\_\_\_\_
\_\_\_\_Telephone: 415-343-0781\_\_\_\_