**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

The Arc of Iowa, et al.
Plaintiff(s),

vs.

Kim Reynolds, et al.
Defendant(s).

Case No.    4:21-cv-264

**MOTION FOR ADMISSION**
**PRO HAC VICE**

**LOCAL RULE 83(1)(D)(3)**

_____

_____Louise Melling_____, a lawyer who is not a member of the bar of this district,
moves to appear in this case pro hac vice on behalf of _____all plaintiffs_____,
_____.

_____Louise Melling_____ is a member in good standing of the bar of
_____New York_____ and agrees to submit to and comply with all provisions
and requirements of the rules of conduct applicable to lawyers admitted to practice before
this court in connection with pro hac vice representation in this case.

_____Louise Melling_____ agrees to comply with the associate counsel
requirements of LR 83.1.d.3 by associating with ____Rita Bettis Austen_____, an
attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who
has entered an appearance in this case.

/s/___Louise Melling_____
_____Louise Melling_____
_____American Civil Liberties Union____
_____125 Broad Street_____
_____New York, NY 10004_____
_____