# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 25, 2022

Mr. Samuel Paul Langholz
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

     RE:  21-3268  The Arc of Iowa, et al v. Kimberly Reynolds, et al

Dear Counsel:

     The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

     Michael E. Gans
     Clerk of Court

CMD

Enclosure(s)

cc:  Ms. Shefali Aurora
     Ms. Rita N Bettis Austen
     Ms. Jennesa Calvo-Friedman
     Mr. Timothy A. Clausen
     Mr.  Clerk, U.S. District Court, Southern Iowa
     Mr. Jeffrey B. Dubner
     Mr. Jim T. Duff
     Mr. Thomas J Duff
     Mr. Anthony J. Franze
     Mr. John Arak Freedman

Mr. Leon Bradford Greenfield
Ms. Catherine Elizabeth Johnson
Mr. Samuel E Jones
Mr. David Katz
Mr. Perry Lange
Ms. Louise Melling
Ms. Cynthia Ann Miller
Ms. Susan Mizner
Ms. Jessica Morton
Ms. Anna Noone
Ms. Leah Denise Patton
Ms. Caitlin Slessor
Ms. Elisabeth S. Theodore
Mr. Jeffrey S. Thompson
Mr. Miriam Deborah Van Heukelem
Ms. Shira Wakschlag

   District Court/Agency Case Number(s):   4:21-cv-00264-RP