UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————————

No: 21-3268

———————————

The Arc of Iowa; Charmaine Alexander, Individually and on behalf of C.B.; Johnathan Craig, Individually and on behalf of E.C. on behalf of J.C.; Michelle Croft, Individually and on behalf of J.J.B.; Amanda Devereaux, Individually and on behalf of P.D.; Carissa Froyum Roise, Individually and on behalf of H.J.F.R.; Lidija Geest, Individually and on behalf of K.G.; Melissa Hadden, Individually and on behalf of V.M.H.; Lisa Hardisty Sithonnorath, Individually and on behalf of A.S.; Heather Lynn Preston, Individually and on behalf of M.P. on behalf of S.P.; Rebekah Stewart, Individually and on behalf of E.M.S.; Erin Vercande, Individually and on behalf of S.V.

Plaintiffs - Appellees

v.

Kimberly Reynolds, In her official capacity as Governor of Iowa; Ann Lebo, In her official capacity as Director of the Iowa Department of Education

Defendants - Appellants

Ankeny Community School District; Council Bluffs Community School District; Davenport Community School District; Decorah Community School District; Denver Community School District; Des Moines Public Schools; Iowa City Community School District; Johnston Community School District; Linn Mar Community School District; Waterloo Community School District

Defendants

------------------------------

American Academy of Pediatrics; American Academy of Pediatrics, Iowa Chapter

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00264-RP)

_____

**JUDGMENT**

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

      This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

      After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

      January 25, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans