# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3268

The Arc of Iowa, et al.

Appellees

v.

Kimberly Reynolds, In her official capacity as Governor of Iowa and Ann Lebo, In her official capacity as Director of the Iowa Department of Education

Appellants

Ankeny Community School District, et al.

------------------------------

American Academy of Pediatrics and American Academy of Pediatrics, Iowa Chapter

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00264-RP)
_____

**ORDER**

The petition for panel rehearing is granted. The petition for rehearing en banc is denied as moot. Judge Kelly and Judge Erickson concur.

The opinion and judgment of this Court filed on January 25, 2022 are vacated.

March 28, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans