# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3268

The Arc of Iowa, et al.

Appellees

v.

Kimberly Reynolds, In her official capacity as Governor of Iowa and Ann Lebo, In her official capacity as Director of the Iowa Department of Education

Appellants

Ankeny Community School District, et al.

------------------------------

American Academy of Pediatrics and American Academy of Pediatrics, Iowa Chapter

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00264-RP)

---

**MANDATE**

In accordance with the opinion and judgment of 05/16/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 06, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit
_____
          /s/ Michael E. Gans