IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE ARC OF IOWA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIM REYNOLDS, in her official capacity as Governor of Iowa, et al.<br><br>Defendants. | Case No. 4:21-CV-00264-RP-SBJ<br><br>**DEFENDANTS GOVERNOR KIM REYNOLDS AND ANN LEBO'S UNRESISTED MOTION TO EXTEND DEADLINE TO ANSWER OR MOVE FOR DISMISSAL** |

COME NOW Defendants Governor Kim Reynolds and Ann Lebo (collectively, "the State") and move under Local Rule 7(j) to extend the deadline for filing their answer or motion to dismiss until July 1, 2022. In support of this motion, the State pleads as follows:

1. On October 18, 2021, the Court granted the State's Unresisted Motion to Stay Proceedings, ordering: "The Court holds in abeyance all deadlines pending issuance of the mandate from the Eighth Circuit in the interlocutory appeal." Text Order, R. Doc. 69.

2. At that time, 15 days remained for answering or filing a pre-answer motion under Rule 12(b) because the State had accepted service on September 3, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).

3. On June 6, 2022, the Eighth Circuit issued the mandate in the interlocutory appeal, Case No. 21-3268.

4.   Assuming the issuance of the mandate automatically ends the abeyance of deadlines under this Court's order, the State's deadline for answering or moving to dismiss would now be June 21, 2022.

5.   Because this deadline is before the status conference schedule for June 22, 2022, and the State needs additional time to prepare a motion to dismiss given unavoidable workload of the State's counsel in other cases in state and federal court, the State request a ten-day extension of the deadline to respond to the complaint with an answer or pre-answer motion until and including July 1, 2022.

6.   This deadline has not previously been extended, there are no other existing court-imposed deadlines in this matter, and no pretrial conference or trial has yet been set.

7.   Counsel for Plaintiffs have indicated that they do not object to this motion.

WHEREFORE, Defendants Governor Kim Reynolds and Ann Lebo request that this Court extend their deadline for answering or moving to dismiss the complaint until and including July 1, 2022.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

JEFFREY S. THOMPSON
Solicitor General

*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
Assistant Attorney General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319

— 3 —

Phone: (515) 281-5164
Fax: (515) 281-4209
sam.langholz@ag.iowa.gov
jeffrey.thompson@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS
GOVERNOR KIM REYNOLDS AND
ANN LEBO

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties of record by delivery in the following manner on June 8, 2022:

☐ U.S. Mail             ☐ Email
☐ Hand Delivery         ☐ Overnight Courier
☐ Federal Express       ☐ Other
☒ CM/ECF

Signature: */s/ Samuel P. Langholz*