**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| THE ARC OF IOWA, et. al, | NO. 4:21-cv-264 |
| Plaintiffs, | |
| vs. | **DEFENDANT COUNCIL BLUFFS COMMUNITY SCHOOL DISTRICT'S MOTION TO DISMISS COMPLAINT AND JOINDER IN MOTION TO DISMISS FILED BY "DISTRICTS" (Doc.# 96 & 96-1)** |
| KIM REYNOLDS, et. al, | |
| Defendants. | |

COMES NOW, Defendant Council Bluffs Community School District, and moves to dismiss this action filed against it, and further joins the Motion to Dismiss filed by the other "District" Defendants (Doc#96) and adopts the "Districts'" brief (Doc.# 96-1) as if set forth herein in its entirety. In support of this Motion, Defendant further states:

1.      On September 3, 2021, Plaintiffs filed a Complaint naming the Council Bluffs Community School District as a defendant, asserting that it, along with the other named School Districts are "indispensable but not adverse parties" regarding application of Iowa Code Section 280.31.

2.      On May 16, 2022, on appeal by Defendants Kim Reynolds, Governor of Iowa, and Ann Lebo, Director of the Iowa Department of Education, the United States Court of Appeals for the Eighth Circuit vacated this Court's opinion and entry of a preliminary injunction against enforcement of Iowa Code Section 280.31.

3.      The Eighth Circuit vacated this Court's preliminary injunction because "[t]he passage of time and acts of third parties have mooted [it]."

4.      The issues surrounding the preliminary injunction, which the Eighth Circuit

determined are moot because "the current conditions differ vastly from those prevailing when [this Court] addressed it" including the availability of COVID-19 vaccines to children, are the same issues surrounding the Complaint.

5.      Furthermore, just as the Eighth Circuit determined "[n]o court could grant effective relief as sought for the preliminary injunction because enjoining Defendants' enforcement of Section 280.31 has no effect on Plaintiffs' children, whose risk of contracting COVID-19 at school is now low even without mask requirements, as is their risk of serious injury or death," there is no relief that could be granted by this Court as sought by the Complaint. *See Ali v. Cangemi*, 419 F.3d 722, 723-24 (8th Cir. 2005) (en banc) (holding that a case is considered moot when changed circumstances mean the court cannot grant effective relief, and that a court may also find a case to be moot for prudential reasons).

6.      Therefore, the Complaint is moot and should be dismissed.

7.      In addition, Plaintiffs do not articulate how the Council Bluffs Community School District or any of the District Defendants are "indispensable," or in any other way necessary parties, to the relief sought by the Complaint.

8.      The Complaint instead targets the actions of State officials and contains vague and conclusory allegations which do not provide "enough facts to state a claim to relief (from this Defendant or any of the District Defendants) that is plausible on its face" as regards the Districts. *See Bell Atl. Corp. v. Twombly*, 500 U.S. 544, 570 (2007).

9.      Therefore, the Complaint fails to state a claim upon which relief can be granted and this Defendant should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

10.     Defendant Council Bluffs hereby adopts the arguments as set out in the "Districts' Brief" filed at Docket #96-1 and hereby incorporate the same herein by reference.

WHEREFORE, Defendant Council Bluffs Community School District respectfully prays the Court dismiss this action against it, in its entirety.

Respectfully submitted,

_____
Timothy A. Clausen
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
clausen@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax
ATTORNEYS FOR DEFENDANT
COUNCIL BLUFFS COMMUNITY SCHOOL
DISTRICT

Copy to:
Rita Bettis Austen - rita.bettis@aclu-ia.org
Shefali Aurora – shefali.aurora@aclu-ia.org
Leah Patton – leah.patton@aclu-ia.org
505 Fifth Avenue, Suite 901
Des Moines, IA  50309-2316

Cynthia A. Miller – cmiller@driowa.org
Catherine Johnson – cjohnson@driowa.org
666 Walnut Street, Suite 1440
Des Moines, IA 50309

Louise Melling – lmelling@aclu.org
125 Broad St.
New York, NY 10004

Susan Mizner – smizner@aclu.org
31 Drumm Street
San Francisco, CA 94111

John A. Freedman – john.freedman@arnoldporter.com
Tara L. Williamson

601 Massachusetts Ave, NW
Washington, DC 20001

Shira Wakschlag – wakschlag@thearc.org
1825 K Street, NW, Suite 1200
Washington, DC 20006

Thomas J. Duff – tom@tdufflaw.com
Jim T. Duff – jim@tdufflaw.com
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266

Samuel P. Langholz – sam.langholz@ag.iowa.gov
Jeffrey S. Thompson – Jeffrey.thompson@ag.iowa.gov
1305 E. Walnut Street, 2nd Fl.
Des Moines, IA  50319

Kristy M. Latta – klatta@ahlerslaw.com
Miriam D. Van Heukelem – mvanheukelem@ahleerslaw.com
100 Court Avenue, Suite 600
Des Moines, IA 50309

Caitlin Slessor -  cls@shuttleworth.com
Samuel E. Jones – sej@shuttleworth.com
115 3rd St., SE Ste. 500
PO Box 2107
Cedar Rapids, IA  52406-2107

C. Josesph Holland – jholland@icialaw.com
Crystal K. Raiber – craiber@icialaw.com
123 N. Linn St., Ste 300
Iowa City, IA 52245

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing
instrument was served upon all parties to the
above cause to each of the attorneys of record
herein at their respective addresses disclosed
on the pleading on _____August 1_____, 2022
By: _____  U.S. Mail            _____ facsimile
      _____  Hand delivered       _____ Overnight courier
      _____  Email                __X__ ECF

Signature _____/s/ Timothy A. Clausen_____