280.31 would return authority to school districts because of background state law providing for local control of schools, not because the ADA and Rehabilitation Act require local control. The ADA and Rehabilitation Act merely require that whatever entity has decision-making authority over school services must be permitted to make that evaluation unencumbered by State Defendants' threats.

## CONCLUSION

For the foregoing reasons, the State Defendants' motion to dismiss should be denied.

Respectfully submitted,

**AMERICAN CIVIL LIBERTIES UNION OF IOWA**

/s/ Leah Patton
Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
Leah Patton, AT0006022
**ACLU of Iowa Foundation Inc.**
505 Fifth Avenue, Suite 901
Des Moines, IA 50309-2316
Telephone: 515-243-3988
Facsimile: 515-243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
leah.patton@aclu-ia.org

**DISABILITY RIGHTS IOWA**
Cynthia A. Miller (AT0005382)
Catherine Johnson (AT0004006)
666 Walnut Street, Suite 1440
Des Moines, IA 50309
T: (515) 278-2502
E: cmiller@driowa.org
E: cjohnson@driowa.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Louise Melling*
125 Broad St.
New York, NY 10004