IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE ARC OF IOWA et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIM REYNOLDS, in her official capacity as Governor of Iowa, et al. <br><br> Defendants. | Case No. 4:21-CV-00264-RP-SBJ <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Defendants Governor Kim Reynolds and Ann Lebo in the above-captioned case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered on November 2, 2022.

                                                      Respectfully submitted,

                                                      THOMAS J. MILLER
                                                      Attorney General of Iowa

                                                      JEFFREY S. THOMPSON
                                                     Solicitor General

                                                     */s/ Samuel P. Langholz*
                                                     SAMUEL P. LANGHOLZ
                                                     Assistant Solicitor General
                                                     Iowa Department of Justice
                                                     1305 E. Walnut Street, 2nd Floor
                                                     Des Moines, Iowa 50319
                                                     Phone: (515) 281-5164
                                                     Fax: (515) 281-4209
                                                     sam.langholz@ag.iowa.gov
                                                     jeffrey.thompson@ag.iowa.gov

                                                     ATTORNEYS FOR DEFENDANTS
                                                     GOVERNOR KIM REYNOLDS AND
                                                     ANN LEBO

— 2 —

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties of record by delivery in the following manner on November 2, 2022:

| ☐ U.S. Mail | ☐ Email |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☐ Other |
| ☒ CM/ECF | |

Signature: */s/ Samuel P. Langholz*