# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRT OF IOWA

THE ARC OF IOWA, et al.,

     *Plaintiffs,*

v.

KIM REYNOLDS, et al.,

     *Defendants.*

Case No. 4:21-cv-264

**UNRESISTED MOTION TO EXTEND/STAY DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS**

COME NOW, Plaintiffs, by and through undersigned counsel, and respectfully request an extension to file for their Motion for Attorney's Fees and/or request that the deadline for such Motion be stayed pending the outcome of the appeal filed in this matter, and in support thereof state as follows:

1. This is Plaintiffs' first request for an extension of time and stay of deadline concerning the Motion for Attorney's Fees and Costs.

2. Judgment was entered by the court on November 2, 2022. ECF 115.

3. Defendants then filed a Notice of Appeal on November 2, 2022. ECF 116.

4. Under F.R.C.P. 54(d)(2) a party must file their motion for attorneys' fees within 14 days of the entry of judgment.

5. Plaintiffs' Motion for Attorneys' Fees is currently due on November 16, 2022.

6. To conserve party and judicial resources and avoid the potential need for successive motions, Plaintiffs request an extension/stay of the deadline to file their Motion for Attorneys' Fees pending the outcome of the appeal.

1

7.   Counsel for all Defendants have indicated they have no objection to this motion.

WHEREFORE, Plaintiffs respectfully move for an extension/stay of the deadline to file a motion for attorney's fees and costs pending the outcome of the appeal.

Respectfully submitted,


**AMERICAN CIVIL LIBERTIES UNION OF IOWA**

/s/ Shefali Aurora, AT0012874
/s/ Rita Bettis Austen
Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
Leah Patton, AT0006022
**ACLU of Iowa Foundation Inc.**
505 Fifth Avenue, Suite 901
Des Moines, IA 50309-2316
Telephone: 515-243-3988
Facsimile: 515-243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
leah.patton@aclu-ia.org


**DISABILITY RIGHTS IOWA**
Cynthia A. Miller (AT0005382)
Catherine Johnson (AT0004006)
666 Walnut Street, Suite 1440
Des Moines, IA 50309
T: (515) 278-2502
E: cmiller@driowa.org
E: cjohnson@driowa.org


**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Louise Melling*
125 Broad St.
New York, NY 10004
T: (212) 549-2637
E: lmelling@aclu.org


Susan Mizner*
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0781
E: smizner@aclu.org

**ARNOLD & PORTER KAYE SCHOLER LLP**
John A. Freedman*
601 Massachusetts Ave, NW
Washington, DC 20001
T: 202.942.5316
E: john.freedman@arnoldporter.com

**THE ARC**
Shira Wakschlag*
The Arc of the United States
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: 202-534-3708
Facsimile: 202-534-3731
E: wakschlag@thearc.org
*pro hac vice admission pending

**DUFF LAW FIRM, PLC**
Thomas J. Duff
The Galleria
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
Telephone: (515) 224-4999
Fax: (515) 327-5401
E : tom@tdufflaw.com

*Attorneys for the Plaintiffs*

Dated: November 10, 2022

*Admitted *pro hac vice*


## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

Date: November 10, 2022
/s/Shefali Aurora
Shefali Aurora