# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3338

The Arc of Iowa, et al.

Appellees

v.

Kimberly Reynolds, In her official capacity as Governor of Iowa and Ann Lebo, In her official capacity as Director of the Iowa Department of Education

Appellants

Ankeny Community School District, et al.

------------------------------

American Academy of Pediatrics and Iowa Chapter of the American Academy of Pediatrics

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00264-RP)

---

## ORDER

The motion to withdraw as counsel is granted. Samuel Paul Langholz is hereby granted leave to withdraw.

August 11, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans